IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| i4i LIMITED PARTNERSHIP, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| vs. | § | 6:07-CV-113-LED |
| | § | |
| MICROSOFT CORPORATION, | § | |
| | § | JURY TRIAL |
| Defendant. | § | |

**PLAINTIFF i4i, LIMITED PARTNERSHIP'S
NOTICE OF COMPLIANCE WITH LOCAL PATENT RULES 3-1 AND 3-2**

Pursuant to the Court's Docket Control Discovery Order dated July 25, 2007 [Docket # 21] and this Court's Local Patent Rules, Plaintiff, i4i Limited Partnership, hereby files this Notice to inform the Court that it has served the Disclosures required by Local Patent Rule 3-1, and produced the documents required by Local Patent Rule 3-2 to counsel of record for Defendant Microsoft Corporation.

DATED:  August 6, 2007                                    Respectfully submitted,

**McKOOL SMITH, P.C.**


/s/   Samuel F. Baxter
Sam F. Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
McKool Smith P.C.
104 East Houston, Suite 300
Marshall, Texas   75670
Telephone: (903) 927-2111
Telecopier: (903) 927-2622

Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Jeffrey A. Carter
Texas State Bar No. 03919400
jcarter@mckoolsmith.com
Anthony J. Magee
Texas State Bar No. 00786081
amagee@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
Gretchen K. Milne
Texas State Bar No. 24055979
gmilne@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

        Robert M. Parker
        Texas State Bar No. 15498000
        rmparker@cox-internet.com
        Parker, Bunt & Ainsworth, P.C.
        100 E. Ferguson Street, Suite 1114
        Tyler, Texas 75702
        Telephone: (903) 531-3535
        Telecopier: (903) 533-9687

        Thomas John Ward, Jr.
        Texas State Bar No. 00794818
        jw@jwfirm.com
        WARD & SMITH LAW FIRM
        PO Box 1231
        Longview, Texas 75606-1231
        Telephone: (903) 757-6400
        Telecopier: (903) 757-2323

        **ATTORNEYS FOR PLAINTIFF**
        **i4i LIMITED PARTNERSHIP**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this the 6th day of August, 2007. Local Rule CV-5(a)(3)(A).

        /s/   Sam Baxter
        Sam Baxter