**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

**DATE:** February 28, 2008

| **JUDGE**<br>LEONARD DAVIS | **REPORTER:** Shea Sloan<br>**LAW CLERK:** Christian Hurt |
|---|---|
| i4i Limited Partnership<br>  Plaintiff<br><br>vs.<br><br>Microsoft Corporation<br>  Defendant | **CIVIL ACTION NO**: 6:07cv113<br><br>**MARKMAN HEARING** |

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| T. Gordon White (McKool Smith)<br>Jeffrey Carter (McKool Smith)<br> Samuel Baxter (McKool Smith)<br>Robert M. Parker (Parker, Bunt & Ainsworth)<br>T. John Ward, Jr. (Ward & Smith)<br>Chris Martin<br>John Campbell | Eric Findlay (Ramey & Flock)<br>Kevin Kudlac (Weil Gotshal & Manges)<br>Paul Torchia (Weil Gotshal & Manges)<br>David Lender (Weil Gotshal & Manges) |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 9:00 am                                    **ADJOURN:** 12:19 pm

| TIME: | MINUTES: |
|---|---|
| 9:00 pm | Case called by the Court. Parties announced ready. Mr White, Mr Carter, Mr Campbell and Mr Martin, announced ready for plaintiff. Mr. Kudlac, Mr Torchia, Mr Lender and Mr Findlay announced ready for Defendant. |
| 9:05 am | Court grants the motion to Amend/Correct (21) the scheduling order to the extent that the jury selection date is moved to April 7, 2008, and the pretrial order is due March 26, 2008. |
| 9:10 am | Gordon White addresses the court re plaintiff's motion for summary judgment. |
| 9:33 am | Mr. Kudlac responds and addresses the term, embedded in content. |
| 9:40 am | Mr. White addresses the court. |
| 9:45 am | Paul Torchia addresses Microsoft's motion for summary judgment. |
| 9:49 am | Mr. White addresses the court |
| 9:55 am | Mr. Torchia responds |

**DAVID J. MALAND, CLERK**

**FILED: 2-28-08**

BY: *Peggy Thompson*

PAGE 2  - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 9:57 am | Mr. White responds. |
| 10:06 am | Mr. Torchia resumes.  Mr. White responds to the Court.  Mr. Torchia responds. |
| 10:12 am | Mr. White finally responds. |
| 10:15 am | Court in recess. |
| 10:27 am | Court resumes.  Mr White discusses "metacode". |
| 10:34 am | Mr. Kudlac responds. |
| 10:39 am | Mr White discusses "map of metacodes". |
| 10:41 am | Mr. Kudlac responds. |
| 10:46 am | Mr. White responds. |
| 10:50 am | The next claim is addresses of use.  Mr. White addresses this claim. |
| 10:56 am | Mr. Kudlac responds. |
| 10:59 am | Mr. White addresses "mapped content". |
| 11:10 am | Mr. Kudlac responds. |
| 11:21 am | Mr. White moves to distinct storage means (claim 1), metacode storage means (claim 14), and distinct map storage means (claim 1). |
| 11:24 am | Mr. Lender responds. |
| 11:25 am | Mr. White responds. |
| 11:28 am | Mr. Lender responds. |
| 11:37 am | Mr. White responds. |
| 11:50 am | Mr. Lender responds.  Mr. White responds discussing hard disk vs ram.  Mr. Lender has final word. |
| 11:57 am | Mr. Kudlac addresses means for compiling.  Mr. White responds. |
| 12:05 pm | Mr. Lender discusses providing the document.  Mr. White responds. |
| 12:10 pm | Mr. Lender discusses means for resolving.  Mr. White responds. |
| 12:15 pm | Mr. Lender discusses the deadline for mediation.  Court recommends a mediation within the next 4 or 5 weeks. |
| 12:20 pm | Court in recess. |