IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **i4i LIMITED PARTNERSHIP** | § § | |
| Plaintiff, | § § § § § | CIVIL ACTION 6:07-CV-113-LED |
| vs. | § § | |
| MICROSOFT CORPORATION, | § § | JURY TRIAL |
| Defendant. | § | |

**JOINT SUBMISSION OF PROPOSED JUROR QUESTIONNAIRE**

Plaintiffs i4i LP and Infrastructures for Information Inc. ("Plaintiffs") and Defendant Microsoft Corporation jointly submit an agreed proposed Confidential Juror Questionnaire as set forth on the following page.

1. Name: _____ Juror Number: _____

2. What is the last level of education you completed?

   _____ Grade School or Less   _____ Some High School   _____ High School Graduate

   _____ Technical/business school   _____ Some College   _____ College Grad   _____ Post Grad

   Please list the degrees (if any) you have, the schools and colleges you attended and your major area of study: _

   _____

3. What is your current employment status? (Check all that apply)

   _____ Full-time   _____ Part Time   _____ Self-employed   _____ Full-time homemaker

   _____ Unemployed, <u>not</u> looking for work   _____ Unemployed, looking for work

   _____ Disability/Worker's Compensation   _____ Retired   _____ Student

4. Please list your employment history for the past five years (continue on back of paper if needed). If you own or owned a business, please also state the number of employees:

   | Dates/Employer | Job Title | Nature of Business | Employees |
   |---|---|---|---|
   | 1) | | | |
   | 2) | | | |
   | 3) | | | |

5. Have you ever been involved in a lawsuit?   _____ Yes   _____ No   If yes, what kind of lawsuit and what was the outcome? _____

6. Have you ever been a member of a labor union or trade organization?   _____ Yes   _____ No

   If Yes, did you hold an office?   _____ Yes   _____ No

7. Have you ever applied for a patent?

   _____ Yes   _____ No   If yes, please list company(ies) if patent assigned _____

8. Do you use a computer? _____ Yes _____ No   If yes, how long have you been using a computer? _____ yrs

   If yes, where do you use a computer? _____ Home   _____ Work   _____ Both

   If yes, how often do you use a computer, either at home or work? (Check one of the following):

   _____ Occasionally (6-12 times per week)   _____ Regularly (2-3 times per week)   _____ Daily

   Do you use the Internet?   _____ Yes   _____ No

9. Do you use Microsoft Word?   _____ Yes   _____ No

   If yes, what do you use it for? _____

10. What are your main sources of news? Check those that apply and name the source:

    _____ Newspapers: _____   _____ Television: _____

    _____ Radio: _____   _____ Internet: _____

11. Have you, a family member, or close friend ever worked for a lawyer or the court system?   ___ Yes   ___ No

**Date:** _____     **Signature:** _____

**CONFIDENTIAL JUROR QUESTIONNAIRE**

DATED: May 7, 2009                         Respectfully submitted,

**MCKOOL SMITH, P.C.**

/s/  Sam Baxter *(with permission)*
Sam Baxter, *Lead Attorney*
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston St., Suite 300
P.O. Box 0
Marshall, Texas 75670
(903) 927-2111
(903) 927-2622 FAX

Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Jeffrey A. Carter
Texas State Bar No. 03919400
jcarter@mckoolsmith.com
Jill F. Lynch
Texas State Bar No. 24012946
jlynch@mckoolsmith.com
Thomas G. Fasone III
Texas State Bar No. 00785382
tfasone@mckoolsmith.com

**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000
(214) 978-4044 FAX

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com

Gretchen K. Harting
Texas State Bar No. 24055979
gharting@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
(512) 692-8700
(512) 692-8744 FAX

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 FAX

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@jwfirm.com
**WARD & SMITH LAW FIRM**
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400
(903) 757-2323 FAX

**ATTORNEYS FOR PLAINTIFFS
i4i LIMITED PARTNERSHIP AND
INFRASTRUCTURES FOR
INFORMATION, INC.**

DATED: May 7, 2009

/s/ *Kevin Kudlac*
Matthew D. Powers (Lead Attorney)
  CA State Bar No. 104795
  matthew.powers@weil.com
**WEIL GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA   94065
Phone: 602-802-3000
Fax: 602-802-3100

Kevin Kudlac
  State Bar No. 00790089
  kevin.kudlac@weil.com
**WEIL, GOTSHAL & MANGES LLP**
8911 Capital of Texas Highway, Suite 1350
Austin, TX   78759
Telephone:   512-349-1930
Fax:   512-527-0798

David Lender
*admitted pro hac vice*
  david.lender@weil.com
Paul Torchia
*admitted pro hac vice*
  paul.torchia@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 5th Avenue
New York, NY   10153
Telephone:   212-310-8000
Fax:   212-310-8007

Eric Findlay
  State Bar No. 00789886
efindlay@findlaycraft.com
**FINDLAY CRAFT**
6760 Old Jacksonville Hwy Suite 101
Tyler, TX 75703
Telephone: 903-534-1100
Fax: 903-534-1137

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule 5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 7th day of May, 2009.

                    /s/   *Debbie Skolaski*
                    Debbie Skolaski