IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| i4i LIMITED PARTNERSHIP and<br>INFRASTRUCTURES FOR<br>INFORMATION, INC., | §<br>§<br>§<br>§ | |
| Plaintiffs | § | CASE NO. 6:07CV113 |
| | § | PATENT CASE |
| vs. | §<br>§ | |
| MICROSOFT CORPORATION, | §<br>§ | |
| Defendant | §<br>§ | |

**VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

1. Did i4i prove by a preponderance of the evidence that Microsoft infringes Claims 14, 18, or 20 of the '449 patent?

   **Answer "Yes" or "No" for each Claim.**

   Claim 14   _Yes_
   Claim 18   _Yes_
   Claim 20   _Yes_

   **If you answered "Yes" on any Claim, answer the next question. If not, skip it.**

2. Did i4i prove by clear and convincing evidence that Microsoft's infringement was willful?

   **Answer "Yes" or "No."**

   _Yes_

1

3. Did Microsoft prove by clear and convincing evidence that any of the listed claims of the '449 patent are invalid?

**If you find the claim invalid answer "Yes," otherwise answer "No."**

| | |
|---|---|
| Claim 14 | No |
| Claim 18 | No |
| Claim 20 | No |

**If you have found any claim infringed and valid, answer question 4; otherwise, do not answer question 4.**

4. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate i4i for Microsoft's infringement of the '449 patent?

**Answer with the amount:** $ 200,000,000

Signed this 20th day of May, 2009.

_____
JURY FOREPERSON

2