```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                       TYLER DIVISION

 3  i4i LIMITED PARTNERSHIP      *    Civil Docket No.
                                 *    6:07-CV-113 (LED)
 4  VS.                          *    Tyler, Texas
                                 *
 5                               *    May 12, 2009
    MICROSOFT CORPORATION        *    1:15 P.M.

 6                         TRANSCRIPT OF TRIAL
 7          BEFORE THE HONORABLE LEONARD E. DAVIS
                 UNITED STATES DISTRICT JUDGE
 8                        AND A JURY

 9  APPEARANCES:

10  FOR THE PLAINTIFF:      MR. GORDON WHITE
                            MR. KEVIN BURGESS
11                          MR. JOHN CAMPBELL
                            MS. GRETCHEN HARTING
12                          McKool Smith
                            300 West Sixth Street
13                          Suite 1700
                            Austin, TX   78701
14
                            MR. DOUGLAS CAWLEY
15                          MR. JEFFREY CARTER
                            MR. TOM FASONE
16                          MR. JONATHAN YIM
                            MR. JOHN CURRY
17                          McKool Smith
                            300 Crescent Court, Suite 1500
18                          Dallas, TX   75201

19  APPEARANCES CONTINUED ON NEXT PAGE:

20

21  COURT REPORTERS:        MS. SUSAN SIMMONS, CSR
                            MS. JUDITH WERLINGER, CSR
22                          Official Court Reporters
                            100 East Houston, Suite 125
23                          Marshall, TX   75670
                            903/935-3868
24

25  (Proceedings recorded by mechanical stenography,
    transcript produced on CAT system.)
```

APPEARANCES CONTINUED:

FOR THE PLAINTIFF:      MR. ROBERT M. PARKER
                        Parker Bunt & Ainsworth
                        100 East Ferguson, Suite 1114
                        Tyler, TX   75702


FOR THE DEFENDANT:      MR. MATTHEW POWERS
                        Weil Gotshal & Manges
                        201 Redwood Shores Parkway
                        Redwood City, CA   94065

                        MR. DAVID LENDER
                        MR. PAUL TORCHIA
                        MR. STEVEN KALOGERAS
                        MS. ARIAN NEWELL
                        Weil Gotshal & Manges
                        767 Fifth Avenue
                        New York, New York   10153

                        MR. KEVIN KUDLAC
                        MS. AMBER ROVNER
                        MR. TODD PATTERSON
                        Weil Gotshal & Manges
                        8911 Capital of Texas Highway
                        Building One, Suite 1350
                        Austin, TX   78759

                        MR. ANDREW CULBERT
                        Microsoft Corporation
                        One Microsoft Way, Building 8
                        Redmond, WA   98052

            *       *       *       *       *       *       *

1          P R O C E E D I N G S

2              COURT SECURITY OFFICER:  All rise.

3              (Jury in.)

4              THE COURT:  Please be seated.

5              All right, Mr. White you may proceed.

6              MR. WHITE:  Thank you, Your Honor.

7      KEITH THOMAS, PLAINTIFFS' WITNESS, PREVIOUSLY SWORN

8              DIRECT EXAMINATION (CONTINUED)

9   BY MR. WHITE:

10      Q.    Mr. Thomas, before our break, we were just

11   beginning to talk about an invitation that you had

12   received from Microsoft to become a member of the Office

13   Development Council.

14              Do you recall that?

15      A.    Yes, I do.

16      Q.    If you would refer to Exhibit PX101, I

17   believe you've identified this as the e-mail in which

18   the invitation was extended to you.

19      A.    Yes, I have.

20      Q.    I'd like to go through a series of e-mails

21   here, Mr. Thomas, regarding this issue, and so as to,

22   hopefully, streamline this process.

23              Assume, as I refer you to each one of these

24   e-mails, that I'm asking you to tell me, if you can

25   identify, and then explain to the jury what it is the

1   e-mail represents, okay?

2            Now, after that e-mail was -- I mean, that

3   invitation was received, I'd like you to look at PX257.

4            What is this e-mail about?

5       A.    This is an e-mail to me from Mark Belk in

6   response to my inquiry to Mark as to what was happening

7   with respect to that invitation.

8       Q.    Why did you send an e-mail to Mr. Belk about

9   the invitation?

10      A.    I hadn't heard any more information, and the

11  time was approaching, and I asked him what I should do

12  about this.

13      Q.    And what was his response?

14      A.    His response was, I take it, as an expression

15  of surprise, that no one from the Office team had been

16  in touch and to say that he would be traveling, but he

17  would check into it and get back to me.

18      Q.    Now, he indicated he might be -- he indicated

19  a reason why you hadn't received the reply; is that

20  right?

21      A.    I take it that there was a -- one of the

22  government representatives had been asked as well.

23      Q.    Were you aware of that?

24      A.    No, I was not.

25      Q.    All right.  Look at Exhibit 28.

1              What is that?

2      A.      That is an e-mail to me from Sandy Murti, who

3  worked in context with --

4              THE COURT:  If you could, lower the

5  microphone just a little bit, please.  Thank you.

6      A.      That is a response to an e-mail that I sent

7  to both Andy Zukerberg and Sandy Murti, who I had been

8  told to communicate with, again, asking what was

9  happening.

10             And Sandy's reply is that the -- we closed

11  recruiting for this event last week, and I did not need

12  to plan on traveling to it, and he said that Andy would

13  follow up with me later.

14     Q.      When you first received the invitation to

15  become a member of the Office Development Team, what was

16  your reaction to that?

17     A.      Well, I was personally flattered to be asked,

18  and from a corporate perspective, it seemed like a good

19  way to develop a partner relationship with Microsoft.

20     Q.      When you received this e-mail from Mr. Murti,

21  what was your reaction?

22     A.      I think I was moderately disappointed.

23     Q.      Did you receive also an e-mail from

24  Mr. Zukerberg?

25     A.      I did later.

1          Q.     Would you turn to Exhibit 127?

2          A.     Yes.   This is that e-mail from Mr. Zukerberg

3     apologizing for the late response and indicated that,

4     well, the council option was not available; they were

5     still interested in feedback from me; and indicating

6     that he would be in contact within the next few weeks.

7          Q.     Did he ever contact you?

8          A.     No, he did not.

9          Q.     The invitation for you to become a member of

10    the Office Development Team, why do you think they

11    extended that invitation to you?

12         A.     Well, I assumed it was in follow-up to the

13    meetings that we had on April the 18th and 19th.

14         Q.     Were you ever told why they wanted you to

15    become a member of the Council?

16         A.     Not explicitly, no.

17         Q.     When you got Mr. Zukerberg's e-mail, what did

18    you think about that?

19         A.     Well, as I just said, I was moderately

20    disappointed.

21         Q.     Were you surprised?

22         A.     Well, I had already heard from Mr. Murti,

23    Sandy Murti, that the option was closed, so I was not

24    terribly surprised.

25         Q.     Turn to Exhibit 22, Mr. Vulpe (sic).

 1   What is this?

 2       A.    This is the -- Exhibit 22 is the -- an e-mail

 3   from Michel Vulpe to myself and several other people at

 4   i4i, indicating that Microsoft has asked for a very

 5   rough order of magnitude estimate for integrating

 6   S4/TEXT on our product with Microsoft Products' BizTalk

 7   and S4/Enterprise with Sharepoint.

 8       Q.    What did that mean, integrate S4/TEXT with

 9   BizTalk?

10       A.    To provide the software necessary to make the

11   two of them communicate in a working environment.

12       Q.    Who made the request to i4i for that

13   proposal?

14       A.    That came from Microsoft from Mark Belk.

15       Q.    And did Microsoft (sic) submit a proposal in

16   response to the request?

17       A.    i4i submitted a proposal in response to the

18   request, yes.

19       Q.    I'm sorry.  I apologize.

20             Did i4i make such a proposal?

21             Look at Exhibit 260.  Is this an e-mail from

22   Mr. Belk that indicates he received that proposal?

23       A.    That is, yes.

24       Q.    And did you prepare that proposal?

25       A.    I was involved in doing the final

1   documentation of the proposal, yes.

2        Q.     Did i4i ever hear back from Belk regarding

3   your proposal?

4        A.     We had no formal response on the proposal,

5   but we do know that it was used in a presentation to the

6   Defense Intelligence Agency.

7        Q.     Would you look at Exhibit 16 and tell me if

8   you can identify that document?

9        A.     Yes.   This is an e-mail from John Tulley to

10  several of us at i4i.

11       Q.     It says a heads up.   What was that about?

12       A.     This is alerting us that Microsoft wanted us

13  to prepare a demo of the Tagless Editor using the DTD

14  for the intelligence community markup language.

15       Q.     What is a DTD?

16       A.     It's document-type definition.   It's a set of

17  rules for an XML document.

18       Q.     Now, there's been some testimony so far about

19  S4/TEXT providing valid XML to the Desktop.

20              Is the DTD in any way connected with

21  providing valid XML to the Desktop?

22       A.     Yes.   The DTD is the set of rules against

23  which validity is judged.

24       Q.     And that was a feature of the i4i products?

25       A.     That is correct.

1       Q.    Would you turn to Exhibit 16?

2       A.    16?

3       Q.    16, yes.

4             Are you there?

5       A.    16, yes.  The heads up -- the heads up

6  e-mail.

7       Q.    Okay.  Exhibit 261, what is this?

8       A.    This is an e-mail from Mark Belk to me.  This

9  is a cover e-mail to returning the slides, the briefing

10  slides, that he did with the Defense Intelligence

11  Agency.

12      Q.    Now, were those briefing slides attached to

13  the e-mail?

14      A.    They were.

15      Q.    Do you know how many demonstrations Microsoft

16  made to the DIA and used the portion of the information

17  that i4i provided to Mark Belk?

18      A.    In the -- somewhere in May, I believe, about

19  the 20th of May, there was a demonstration to management

20  of the DIA using the DTD and the modified version of the

21  tag -- or the customized version of the Tagless Editor

22  that we provided in response to the first e-mail.

23            And then there was, in the August timeframe,

24  a briefing to DIA management using the information we

25  had provided in response to the request for a very rough

1    order of magnitude estimate.

2         Q.    The presentation slides that Mark Belk

3    forwarded to you in this exhibit, were they from the

4    second demonstration?

5         A.    They were from the second.

6         Q.    Would you take a look at the second slide of

7    this presentation?

8              That's the one with Production No. 8071.  Do

9    you have that?

10        A.    I have that.

11        Q.    On the screen, we have enlarged a center

12   portion of that slide.

13             Would you explain to the jury what you

14   believe is being illustrated there?

15        A.    This is illustrating the integration of

16   S4/TEXT into the Microsoft Office Professional

17   environment to fit into a Microsoft infrastructure

18   proposal for handling intelligence processing.

19        Q.    Is this, in your estimation, a demonstration

20   that the i4i S4/TEXT was being integrated into the

21   Office Professional suite?

22        A.    That integration was being proposed to the

23   DIA, yes.

24        Q.    Does anything in this slide suggest to you

25   that Microsoft was promoting i4i to the Defense

1    Intelligence Agency as a partner?

2         A.     Certainly in the presence of the i4i S4/TEXT

3    and later in the presentation towards the end, there are

4    a couple of slides, which are very explicit.

5         Q.     What's the date of this Exhibit 261?

6         A.     The e-mail is dated August 15, 2001.

7         Q.     Did i4i ever receive any other communications

8    from Microsoft in -- in 2001 or subsequent?

9         A.     We had no formal response that I'm aware of

10   to any of the information that we provided for these

11   demos or to the proposal.

12                   MR. WHITE:  I pass the witness.

13                   THE COURT:  All right.

14                   Cross-examination.

15                   MR. LENDER:  Thank you, Your Honor.

16                        CROSS-EXAMINATION

17   BY MR. LENDER:

18        Q.     Good afternoon, Mr. Thomas.

19               The product that i4i sold to work with

20   Microsoft Word was called S4/TEXT and sometimes Tagless

21   Editor?

22        A.     That is correct.

23        Q.     And the product is now referred to as X40?

24        A.     That is correct.

25        Q.     And it's referred to as an add-in product to

1  work, because it works on top of Word, correct?

2      A.    That is correct.

3      Q.    And because i4i sold its product to work on

4  top of Word, you know that people at i4i kept up on the

5  features included within Word?

6      A.    That is correct.

7      Q.    It's fair to say that it was part of your job

8  to keep up on developments within Microsoft?

9      A.    That was not part of my job after I became a

10 specialist, but, yes, there were people who did that.

11     Q.    In the 2001 time period, the period that you

12 talked mostly about during this trial, that was part of

13 your job, right?

14     A.    Yes.

15     Q.    And, in fact, in 2000/2001/2002 and all the

16 way up through 2003, people at i4i stayed on top of

17 Microsoft's XML developments, because it concerned i4i's

18 own business plans, correct?

19     A.    We certainly stayed on top of the

20 developments, yes.

21     Q.    Now, we -- you obviously talked a little bit

22 about your meetings and conversations with Mark Belk.

23 To be clear, Mr. Belk was not a technical person,

24 correct?

25     A.    I'm not quite sure of his technical

1    background, so I can't say yes or no to that.

2        Q.    In your interactions with him, you were

3    interacting with him as a salesperson who was

4    responsible for selling Microsoft products to the

5    government, right?

6        A.    That's correct.

7        Q.    And Mr. Belk told you and others about

8    Microsoft's plans with XML; isn't that right?

9        A.    That is correct.

10       Q.    And you understood by 2001 that Microsoft was

11   working on XML functionality, correct?

12       A.    That is correct.

13       Q.    In fact, in 2002, even before the product was

14   released, i4i received a beta version of the Word

15   product, correct?

16       A.    To the best of my knowledge, yes.

17       Q.    And that beta version was an advance copy of

18   Microsoft Word 2003, correct?

19       A.    Yes.

20       Q.    Now, when you learned about the XML

21   functionality included within Word 2003, you never once,

22   in 2001, 2002, 2003, 2004, 2005, or 2006 ever accused

23   them of infringing the '449 patent; isn't that right?

24       A.    That is correct.

25       Q.    You're not aware of any communications by i4i

1    before the filing of this lawsuit where you accused

2    Microsoft of infringing the '449 patent; isn't that

3    right?

4        A.    I am not aware of any such communications;

5    that is correct.

6        Q.    To the contrary, when Microsoft announced

7    that it was including additional XML functionality in

8    its Word product, rather than thinking that Microsoft

9    was infringing, i4i actually thought that the XML

10   functionality added to Word 2003 would create

11   opportunities for them; isn't that right?

12       A.    That is my understanding, yes.

13            MR. LENDER:  Your Honor, I only have one

14   exhibit, but if I may approach?

15            THE COURT:  Yes.

16       Q.    (By Mr. Lender) Mr. Thomas, I'm handing you a

17   copy of a document we've marked as Defendant's Exhibit

18   2018 -- 2018.

19            Mr. Thomas, Defendant's Exhibit 2018 is an

20   internal memo written by i4i, dated June 5th, 2003,

21   regarding Microsoft's Office 11?

22       A.    So it appears, yes.

23       Q.    And Office 11, you know that's another way of

24   describing Word 2003, correct?

25       A.    Correct.

1     Q.    And by this point in time, as it states in

2  the second paragraph below, i4i position --

3               MR. LENDER:  Bring that up, please.

4     A.    Yes.

5     Q.    (By Mr. Lender) -- that i4i had, in fact,

6  tested its beta copy that it got of Microsoft Word 2003,

7  correct?

8     A.    Yes, that is correct.

9     Q.    And what i4i thought, after it tested this

10  advanced copy of Word 2003, is that in the top

11  paragraph, having Microsoft in the marketplace would

12  validate the market, correct?

13     A.    That is correct.

14     Q.    And if we turn to the second page, what i4i

15  thought, after testing this advanced copy of Word 2003,

16  in the last paragraph, i4i thought that Microsoft's

17  entry into the marketplace would create more

18  opportunities, as it validated the market?

19     A.    That is correct.

20     Q.    It also thought that there would be

21  opportunities for implementation of i4i technology in

22  Office 11 to make it work for customers; isn't that

23  right?

24     A.    That is correct.

25     Q.    Now --

1              MR. LENDER:  Can you please put up

2    Plaintiffs' Exhibit 630?

3        Q.    (By Mr. Lender) Now, Mr. Thomas, I'm not

4    going to go in -- in much detail in this document.  The

5    jury's already heard multiple witnesses talk about this

6    document.  This is the document that talks about our

7    patent being a red herring.

8              Do you remember you had those conversations a

9    moment ago?

10       A.    Yes, I do.

11       Q.    There are two things I wanted to make clear,

12   though, about your testimony about this document.

13   When i4i's lawyer asked you about this document and

14   asked you whether S4 was buggy, I believe I wrote down

15   what you said was that, no, that it was more reliable

16   and effective.

17             Do you remember that testimony?

18       A.    I do.

19       Q.    So just so we're clear --

20             MR. LENDER:  If you can just highlight

21   the parenthetical where it starts with the fact.

22       Q.    (By Mr. Lender) So today in this courtroom,

23   you're saying that S4 was more reliable and buggy -- I'm

24   sorry -- was more reliable and effective, even though

25   nine years ago, back in 2000, what you actually wrote

1   was that the versions were buggy and error-prone; isn't

2   that right?

3        A.   I believe I was referring to the earlier

4   versions of S4, Versions 2 and 3, particularly

5   Version 2.

6        Q.   So you agree, then, that the earlier

7   versions, the versions that you talked about that

8   actually use the patented technology, that those

9   versions were both very buggy and error-prone?

10       A.   That is correct.

11       Q.   Now, the other thing you mentioned -- I think

12   that what you said that i4i is, in fact, is still

13   practicing the patent; it's just in a different layer.

14       A.   That is correct.

15       Q.   And then you talked about something like

16   taking a washing machine and putting it upstairs.

17       A.   I didn't use that particular analogy, no.

18       Q.   Okay.  Well, let me ask you this:  Today

19   you're saying that, but in 2000, it's pretty clear that

20   what you said was that we did not base Version 4 on the

21   concepts of the patent.

22            Isn't that what you wrote?

23       A.   That is exactly correct, yes.

24       Q.   Okay.  Thank you.

25            Now, when you started working at i4i in

1  November of 1997, the S4 --

2           MR. LENDER:  You can put this down.

3      Q.    (By Mr. Lender) When you started working for

4  i4i in November of 1997, the S4 processing engine,

5  Version 1, had already been developed; is that right?

6      A.    That's correct.

7      Q.    And it was already installed at Newbridge

8  Networks?

9      A.    That is correct.

10     Q.    And so that there's no dispute and  no

11 disagreement and no ambiguity, your view is that the

12 product that was installed at Newbridge Network, S4,

13 Version 1, that that uses the patented technology,

14 right?

15     A.    It was at Newbridge Networks.  I believe

16 Version 2; and, yes, otherwise, this is correct.

17  Okay.  Thank you.

18     Q.    Now, we've heard some testimony about the

19 SEMI product.  To be clear, you don't have any knowledge

20 about what kind of software system was delivered to

21 SEMI, correct?

22     A.    No.  That was before I had any involvement

23 directly.

24     Q.    Now, Mr. Thomas, in opening statements, Mr.

25 Cawley stated or suggested that Microsoft would somehow

 1   make i4i's product obsolete.

 2            You don't agree with that, correct?

 3       A.    At this point, I cannot agree with that, no.

 4       Q.    And the reason why you don't agree with that

 5   is because you know that over the past several years i4i

 6   has focused its product on the pharmaceutical business,

 7   correct?

 8       A.    That is correct.

 9       Q.    In fact, the jury has heard -- and I want you

10   to just tell me if you agree -- that any percent of

11   i4i's customers are actually in the pharm space; is that

12   right?

13       A.    That sounds approximately right.  I don't

14   have the exact numbers.  I haven't seen them.

15       Q.    In the pharmaceutical space where i4i has

16   focused its efforts, Microsoft's Word 2003 and 2007 have

17   not really impacted i4i's sales; is that right?

18       A.    I don't know.  I've -- I'm not responsible

19   for sales or sales figures, and I cannot answer that

20   question honestly.

21       Q.    Well, let me ask you this question:  In a

22   pharmaceutical space where i4i has focused its efforts

23   for many years, it's your position and you agree that

24   Microsoft and i4i do not compete; isn't that correct?

25       A.    I'm not a salesperson, and I don't understand

1   the marketing issues involved in that question.

2           I do not see a Microsoft product that

3   competes with us directly, so, in that sense, I agree

4   with you.

5       Q.   I'm sorry.  To be clear, it's your position

6   that neither Microsoft Word 2003 or Microsoft Word 2007

7   today competes directly with i4i's product?

8       A.   That is correct.

9       Q.   Thank you.

10          Now, let's spend a little time and talk about

11  the meetings that you had in April of 2001 with

12  Microsoft.  Those meetings took place at Microsoft's

13  Federal Sales offices, correct?

14      A.   That is correct.

15      Q.   And two of the people that you recall meeting

16  with were the salespeople, Mark Belk and Susie Adams?

17      A.   That is correct.

18      Q.   And you also mentioned, I think, Margie

19  Reynolds and Lisa Ruff?

20      A.   Those are names that I recall, yes.

21      Q.   Those folks were also responsible for selling

22  products to the U.S. government?

23      A.   That's correct, I think.

24      Q.   And then I think you also mentioned that

25  there was a second short meeting, maybe 15 to 30

1    minutes, with Brian Jones and others?

2         A.    That is correct.

3         Q.    Let's -- let's just pull up quickly the

4    presentation that you gave to those folks to Mark Belk,

5    Susie Adams.  That would be Plaintiffs' Exhibit 20.

6    And this is the -- the presentation that you spoke about

7    in your direct examination, correct?

8         A.    That is correct.

9         Q.    And this presentation was the standard

10   presentation that you gave to lots of different

11   customers and potential customers of i4i, correct?

12        A.    Yes.

13        Q.    And you indicated in response to i4i

14   counsel's questions that there was nothing confidential

15   contained in this document?

16        A.    That is correct.

17        Q.    In fact, you never told Microsoft that

18   anything was confidential in this document, correct?

19        A.    That's correct.

20        Q.    This presentation was based entirely on

21   publicly available information, correct?

22        A.    That is correct.

23        Q.    Now, in the second short meeting that you had

24   with Brian Jones and others, you had mentioned that you

25   pulled up a single slide, and I think it was Page --

1   just give me a moment -- it's Page 13 of the document.

2        A.      That is correct.

3        Q.      And this is the only page of this

4   presentation that you showed to Brian Jones, correct?

5        A.      That is correct.

6        Q.      And there's no reference to i4i's '449 patent

7   anywhere on this page, correct?

8        A.      That is correct.

9        Q.      In fact, there's no explanation of the

10  applicability or scope of the '449 patent on this paper,

11  correct?

12       A.      That is correct.

13       Q.      And if we look through your entire

14  presentation, Plaintiffs' Exhibit 20, we won't find a

15  single reference to the '449 patent, correct?

16       A.      That is correct.

17       Q.      Now, Mr. Thomas, it's your belief that a

18  sales kit was handed out to Microsoft at the April

19  meeting, correct?

20       A.      That is my belief, yes.

21       Q.      And that was just something that was handed

22  out to folks at the meeting; you didn't actually walk

23  through the sales kit, correct?

24       A.      I have no recollection of them walking

25  through the kit, no.

1      Q.    And to be clear, i4i does not actually know

2   today what was included in the sales kit, because the

3   originals no longer exist, correct?

4      A.    That is correct.

5           MR. LENDER:  Now, I want to put up

6   Plaintiffs' Exhibit 13, if I could.

7      Q.    (By Mr. Lender) Plaintiffs' Exhibit 13 is a

8   copy of the i4i-At-A-Glance one-sheeter that you believe

9   may have been included in the sales kit, correct?

10     A.    Yes.

11     Q.    And when I was questioning Mr. Tulley, I

12  asked him whether this document was, in fact, the actual

13  document included in the sales kit, and he said yes.

14          Now, Mr. Thomas, you were i4i's corporate

15  representative regarding this document, correct?

16     A.    I believe I was, yes.

17     Q.    And in preparation for that deposition, you

18  looked at the file for this document, and what it

19  indicated was that the document had actually been

20  updated or changed in May of 2001, a month after the

21  meeting with Microsoft; isn't that correct?

22     A.    That was the date in the file, yes.

23     Q.    And sitting here today, you have no idea what

24  changes were made to this document in May of 2001, after

25  the April 2001 meeting with Microsoft?

1      A.      That is correct.

2      Q.      And when you tried to find out, you went and

3  spoke to folks, and folks at i4i, no one was able to

4  confirm for you that this document, when it was handed

5  to Microsoft, ever had the patent number on it; isn't

6  that right?

7      A.      That is correct.

8      Q.      Okay.  Let's turn for a moment and talk about

9  the meeting, that short 15- to 30-minute meeting with

10  Brian Jones and others.

11         This meeting took place after the meeting

12  that you had with Mark Belk and Susie Adams, correct?

13     A.      That took place the day following, yes.

14     Q.      And you noted that you gave a short

15  demonstration to these folks?

16     A.      Yes.

17     Q.      And the demonstration that you gave, that's

18  the standard demonstration that you gave to other

19  customers and potential customers, correct?

20     A.      That is correct.

21     Q.      And I think you -- you -- you mentioned

22  during your direct that they asked some good questions.

23  But sitting here right now, you can't recall any of the

24  questions they actually asked, correct?

25     A.      I don't remember any of the questions, no.

1          Q.     And in this short meeting with Brian Jones

2    and other folks on the Word team, you never told them

3    that i4i had a patent; isn't that right?

4          A.     That is correct.

5          Q.     And during any of your meetings with

6    Microsoft, i4i never told Microsoft any detail about the

7    '449 patent or what it covered, correct?

8          A.     I believe that John Tulley's presentation on

9    the 18th included a reference to the patent.  I do not

10   believe it included the patent number.

11               But in response to your specific question, I

12   don't think we told them any details of the patent.

13         Q.     And you never discussed actual claims of the

14   patent either, correct?

15         A.     That's correct.

16         Q.     In fact, i4i never said to Microsoft, for

17   example, that i4i's patent was involved in creating a

18   map of metacodes, correct?

19         A.     That is probably true; I did not say that.

20         Q.     You never gave anyone on Microsoft's Word

21   Development Team any of the source code for i4i's

22   product, correct?

23         A.     None of the source code for the DataPipe

24   layer or any of the lower layers.

25         Q.     In fact, to your knowledge, i4i never shared

1   any of its source code with anyone from Microsoft,

2   correct?

3       A.    Excluding the VBA source code in the Tagless

4   Editor -- Tagless Editor layer, we did not share any

5   source code with Microsoft.

6       Q.    And the VBA source code that you just

7   referred to, that has nothing to do with the '449

8   patent, correct?

9       A.    That has nothing to do with the '449 patent.

10      Q.    Now, after the short meeting with the -- with

11  Brian Jones and some other folks at Microsoft, you

12  accompanied Microsoft to a meeting with one of its

13  government customers.  That was the SAIC?

14      A.    That is correct.

15          MR. LENDER:  And if you could put up

16  Plaintiffs' Exhibit 39.

17      Q.    (By Mr. Lender) You may recall i4i's attorney

18  asked you some questions about PX39.

19      A.    That's correct.

20      Q.    And the page that he asked you about, if I

21  got it right, was Page 8 of this document.

22          MR. LENDER:  And if you could just blow

23  up what Mr. White showed Mr. Thomas.

24      Q.    (By Mr. Lender) And this is the -- the

25  comment that you testified about that you attributed to

1  Mr. Pratley, correct?

2      A.    Uh-huh.  That is correct.

3      Q.    Well, do you know what the question was that

4  was being asked that Mr. Pratley was answering in this

5  question?

6      A.    I do not believe that a specific question was

7  being asked, because it was a general forum discussion.

8  There might have been a specific question on the table,

9  but Mr. Pratley was talking about a range of things.

10 And my notes here are cryptic.

11     Q.    Right.  They are cryptic; I agree with that.

12 But right before the section of your notes that you were

13 asked some questions about, there is, in fact, a

14 question, and the question is:  Authoring DTD or schema,

15 question mark.

16          Do you see that?

17     A.    That's correct.

18     Q.    And that's referring to authoring or writing

19 a DTD document-type or schema from scratch, correct?

20     A.    In my recollection, no.  I recall that that

21 was asking as to whether or not the basis for authoring

22 in Word XML would be based on a DTD or an XML schema.

23     Q.    Well, let me ask you this:  You're recalling

24 that from memory today?

25     A.    I am.

1    Q.    And let's just be clear.

2          Authoring a DTD or schema, that is not about

3    opening an XML document containing custom XML Word,

4    correct?

5    A.    That is correct.

6    Q.    And you understand that there is, in fact, no

7    functionality contained within Word to author or create

8    a DTD or schema, correct?

9    A.    I understand that, yes.

10   Q.    Thank you.

11         Oh, by the way, one other thing I wanted to

12   show you in this document, on Page 6, it's another

13   comment that Chris Pratley gave to SAIC that you wrote

14   down.

15         MR. LENDER:  If you could blow that up.

16   Q.    (By Mr. Lender) You see four from the bottom

17   that Chris Pratley also said to the SAIC -- he talked

18   about the history of development being more important

19   than reusing content.

20         Do you see that?

21   A.    That is not Mr. Pratley.  What Chris spelled

22   out is Mr. Whedleton.

23   Q.    Mr. Whedleton?

24   A.    Yes, from SAIC.

25   Q.    Mr. Whedleton from the SAIC?

1    A.    That is correct.  That's how I distinguished

2  between the two of the notes.

3    Q.    Thank you very much.

4         MR. LENDER:  You can put that away for a

5  moment.

6         Let's put up Plaintiffs' Exhibit 22,

7  please.

8    Q.    (By Mr. Lender) Now, Plaintiffs'

9  Exhibit 22 --

10         MR. LENDER:  If you can blow up the first

11  paragraph, please.

12    Q.    (By Mr. Lender) This is what i4i's attorney

13  asked you some questions about right when we came back

14  from lunch.  And this is a reference to the VROM, the

15  rough order of magnitude that you refer to?

16    A.    That is correct.

17    Q.    And this rough order of magnitude dealt with

18  a product called BizTalk, correct?

19    A.    That is correct.

20    Q.    And BizTalk is not accused of infringement in

21  this case; is that correct?

22    A.    It is not accused of infringement.

23    Q.    It's a completely different product than

24  Microsoft Word?

25    A.    That is correct.

1          Q.     Just a few more things, Mr. Thomas.

2              Mr. Thomas, we've obviously discussed in your

3  direct examination and just now meetings and discussions

4  between Microsoft and i4i that occurred in the April

5  2001 time period, correct?

6          A.     (Nods head affirmatively.)

7          Q.     And we discussed there was some information

8  provided from i4i to Microsoft, and, of course, there

9  was some information provided by Microsoft to i4i,

10  correct?

11          A.     (No audible response.)

12          Q.     To be clear, i4i is not saying in this case

13  that Microsoft copied anything from i4i, correct?

14          A.     We are not saying that as far as I know.

15          Q.     Thank you.

16              MR. LENDER:  No further questions.

17              THE COURT:  All right.  Redirect?

18                    REDIRECT EXAMINATION

19  BY MR. WHITE:

20          Q.     Just a couple of questions, Mr. Thomas.

21  Even though Microsoft may not have copied your source

22  code and the invention, they nonetheless can infringe

23  the U.S. patent; is that correct?

24          A.     That is my understanding.

25          Q.     That's your understanding of U.S. patent law?

1       A.      That is my understanding, yes.

2       Q.      They didn't have to copy, and we don't have

3  to prove copying, correct?

4       A.      That's my understanding.

5       Q.      Now, you were asked about what happened in

6  the year 2002 when Microsoft announced the beta version

7  release of Office 11.

8               Do you recall that?

9       A.      Yes, sir, I was.

10      Q.      And you were asked a series of questions

11  concerning the fact that i4i monitored developments from

12  Microsoft.

13      A.      Yes.

14              MR. WHITE:  Can I have my slide -- that's

15  Slide No. 3 -- of Mr. Thomas' demonstratives?

16      Q.      (By Mr. White) I refer you to one of your

17  slides, Mr. Thomas, and particularly to the connection

18  between the application layer of S4/TEXT and Microsoft

19  Word.

20      A.      I see that.

21      Q.      You indicated that S4/TEXT would bind the

22  S4/TEXT source code to the Microsoft Word product?

23      A.      That is correct.

24      Q.      How does that -- how is that done?

25      A.      That is by rating source code that utilizes

1  the programming interface provided by Microsoft Word.

2       Q.    Are those called APIs?

3       A.    APIs, yes.

4       Q.    Application program interface?

5       A.    Yes.

6       Q.    Are those a series of commands that are made

7  available to people that want to develop software to

8  work with Word?

9       A.    That is correct.

10      Q.    How important are those to i4i?

11      A.    Well, the exact configuration and behavior of

12 each of those calls is important in shaping how the

13 application layer talks to Microsoft Word and how it

14 listens to messages that come back.

15      Q.    If Microsoft were to announce a revision,

16 change, that modified those APIs, would that impact in

17 any way i4i?

18      A.    That could impact very severely.  It could

19 mean rewriting a lot of application layer code.

20      Q.    Was it, in fact, the intent of i4i to monitor

21 what Microsoft was doing to be sure that its product

22 would remain compatible with subsequent releases?

23      A.    That was the main intent of that activity,

24 yes.

25      Q.    And now counsel said that, in fact, because

1    you were a member of the MSDN network, you would receive

2    a copy of the advanced copy of the Word program or the

3    Office Suite when announced; is that correct?

4        A.    That is correct.

5        Q.    Did Microsoft provide i4i with the source

6    code of its Word product?

7        A.    On no occasion did it provide --

8        Q.    What did it provide to you?

9        A.    It provided the executables and the

10   documentation for how to use the interface.

11       Q.    And what can you do with the executables?

12       A.    You can interact with them through the

13   profile -- provided means.  From the programming point

14   of view, it's like a user.  You can install the product

15   and use it through the interface provided.  You have no

16   idea what's on the inside.

17       Q.    Could you, from that copy of the executable,

18   determine what the internal data structures were within

19   Word and how it was performing the functions?

20       A.    Absolutely not.

21       Q.    Did you ever obtain a copy of the source

22   code, prior to the filing of this lawsuit, that told you

23   what was internal to the Word program?

24       A.    We have never seen the source code of Word.

25       Q.    What does that leave you with?  Guessing?

1        A.      That leaves us with essentially supposition,

2   yes.

3        Q.      Now, they made a point in asking you during

4   your presentation to the Word XML team at that morning

5   of the 19th.

6                Do you recall that?

7        A.      Yes.

8        Q.      And you looked at your architectural slide of

9   your S4/Tagless Editor, right?

10       A.      Correct.

11       Q.      And they said that nowhere in that slide did

12  you say that this patent -- that that was covered by a

13  patent; is that correct?

14       A.      It doesn't say that on the slide.

15       Q.      The i4i-For-A-Glance (sic) document that was

16  handed out to Microsoft did have the patent number?

17       A.      To the best of our belief, yes.

18       Q.      And that the production that Mr. Tulley made

19  to Microsoft said that this was patented technology?

20       A.      That is correct.

21       Q.      How many patents does i4i have in the United

22  States?

23       A.      Exactly one.

24       Q.      Is that a matter of public record?

25       A.      That is a matter of public record.

1      Q.    Could Microsoft just actually get on the

2  internet and do a quick search and determine that i4i

3  had a patent?

4      A.    Yes.

5      Q.    And it would be the one that's in litigation

6  in this case?

7      A.    That is very easy to do, sir, yes.

8      Q.    So they had all the tools to figure out what

9  patent i4i had, correct?

10      A.    That is correct.

11      Q.    To your knowledge, do you know if i4i (sic)

12  ever took the effort to try to find out if i4i had a

13  U.S. patent?

14      A.    I have no knowledge of what Microsoft may or

15  may not have done in that case.

16      Q.    Now, you have testified that you had an

17  understanding of what the invention of the '449 patent

18  was that really determined how you wrote about and

19  talked about the patented technology; is that right?

20      A.    That is correct.

21      Q.    And I believe you testified that that

22  understanding was basically that I've got a mapped

23  content -- I mean, a metacode map, a mapped content in

24  which they are linked together.

25      A.    That is correct.

1          MR. WHITE:  Now, can I have that

2    presentation of the architecture?  That's Exhibit 20, I

3    believe.

4          Q.    (By Mr. White) Do you see this slide?  This

5    is the one you used to make your presentation to the

6    Microsoft Word XML team.

7          A.    That is correct.

8          Q.    By the way, do you know what the position

9    within Microsoft, those individuals who attended your

10   presentation, had at the time you made it?

11         A.    Not explicitly, no.

12         Q.    Do you know whether they were in upper-level

13   management?

14         A.    I don't know.

15         Q.    Now, you said that you would describe to the

16   participants, or anybody that was listening, your

17   standard spiel.  You would start at the bottom and work

18   up.

19              Did you describe the way in which

20   S4/TEXT/Tagless Editor maintained control over the

21   metacodes and the content of the document that was being

22   opened?

23         A.    I would have described how the DataPipe layer

24   contained a map of the metacodes, contained the

25   metacodes with references to the area of use in the

1   Microsoft Word.

2      Q.    Now, that sounds to me like you're describing

3   that there's been a separation of the metacodes from the

4   content; is that right?

5      A.    That was certainly my intention with what I

6   said.

7      Q.    Was that what peaked the interest of those

8   individuals to want to ask questions?

9      A.    I can't say explicitly, but something in that

10  discussion did peak their interest, yes.

11     Q.    Wasn't what you described, in essence, the

12  invention of the '449 patent?

13     A.    It's certainly an abstraction of it, yes.

14              MR. WHITE:  I pass the witness.

15              THE COURT:  Okay.  Recross?

16              MR. LENDER:  No, Your Honor.

17              THE COURT:  Thank you.  You may step

18  down.

19              All right.  Who will be Plaintiffs' next

20  witness?

21              MR. CAMPBELL:  i4i calls Dr. Tom Rhyne.

22              THE COURT:  Dr. Rhyne.

23              MR. CAMPBELL:  Your Honor, may I

24  approach?

25              THE COURT:  Yes, you may.

1          MR. CAMPBELL:  Your Honor, may I proceed?

2          THE COURT:  Yes, you may.

3    VERNON THOMAS RHYNE, III, Ph.D., PLAINTIFFS' WITNESS,

4                      SWORN

5                DIRECT EXAMINATION

6    BY MR. CAMPBELL:

7     Q.    Good afternoon, sir.

8     A.    Good afternoon, Mr. Campbell.

9     Q.    Would you please introduce yourself to the

10   jury.

11    A.    Ladies and Gentlemen, my full name is Vernon

12   Thomas Rhyne, III.  I generally go by Tom.

13    Q.    Okay.  And can you give us an idea of why

14   you're here today?

15    A.    I was asked by your law firm on behalf of i4i

16   to serve as an expert witness.  And my primary focus as

17   far as what I will be talking about today is the

18   question of whether or not Microsoft, in two of their

19   products, has infringed three of the claims of this '449

20   patent that's been discussed.

21    Q.    Before we get into that further, let me ask

22   you a few questions about your background.

23          Can you tell us where you live?

24    A.    I live in Austin.  I've lived there about

25   almost 27 years.

1      Q.     Can you briefly describe your educational

2  background?

3      A.     Yes.   I graduated from high school in

4  LaMarque, Texas, kind of down at the southeast area near

5  Galveston.   My mother worked as a schoolteacher; my

6  father worked in the oil refining businesses in Texas

7  City.

8           Upon graduation from high school, I enrolled

9  at Mississippi State.   I had a small scholarship there,

10  and I completed a Bachelor of Science degree at

11  Mississippi State in 1962.

12           I then went to work for the National

13  Aeronautics and Space Administration out in Virginia, in

14  part because they had a program that let you work on

15  your master's degree while you were working for the

16  government.   You went to classes in the evenings and

17  over the weekends.

18           And through that part-time program, I

19  completed a master's of electrical engineering at the

20  University of Virginia in Charlottesville in 1965.

21           Soon after that, I took educational leave and

22  went to Georgia Tech, formerly Georgia Institute of

23  Technology, and spent two years there working on my

24  Ph.D.  And I finished my Ph.D. at Georgia Tech in 1967.

25      Q.     Did you write a thesis for your Ph.D.?

1    A.    I did.  I worked on a specialized computer

2  system for detecting the electrocardiogram, the heart

3  electrical signal, of an unborn child by attaching

4  electrodes to the abdomen of the mother.  And I worked

5  with cardiologists, in particular people that are known

6  as fetal cardiologists, and I developed that system.

7         It worked successfully, and as an electrical

8  engineer, I was pleased to have my first publication in

9  the American Journal of Obstetrics & Gynecology.  It's

10  not a typical place for EEs to publish.

11    Q.    Did you teach after you received your Ph.D.,

12  Dr. Rhyne?

13    A.    I did.  I went to Texas A&M University.  One

14  of the gentlemen who had been a professor at Georgia

15  Tech that I had gotten to know took the position as head

16  of the Electrical Engineering Department at Texas A&M,

17  and he offered me an opportunity to come to Texas A&M

18  and start the first computer engineering program that

19  they had at that institution.

20         And I went there directly from finishing my

21  Ph.D. and stayed at A&M one way or another for almost 18

22  years on the faculty.

23    Q.    And I see that you also have the Longhorn

24  logo up there.  Did you also teach at the University of

25  Texas?

1    A.    Yes, I did.  In 1983, I took educational

2  leave.  I took a leave from A&M and went to work for an

3  electronics research company in Austin.  It has a long

4  name -- it had a long name.  It's no longer in business.

5  It was called the Microelectronics & Computer Technology

6  Corporation, better known as MCC, for obvious reasons.

7  I stayed there for three years, and my family had really

8  liked Austin, and, basically, I was asked by A&M -- they

9  were holding a faculty slot for me there -- was I going

10 to come back or was I going to stay in Austin.

11         And we took a family vote, and it was about

12 three and a half to a half that I would stay in Austin.

13 I gave up tenure, which was kind of a scary thing to do

14 after working so hard to get it.  But I stayed there.

15 And while I was in Austin, one of the reasons I enjoyed

16 going there was that I taught electrical and computer

17 engineering at the University of Texas in what they call

18 the evening school.  There were lots of engineers

19 working at the companies in Austin who wanted to further

20 their education, but they had a full-time job on kind of

21 the 8:00-to-5:00 timeframe.

22         And so I would go -- since I had a full-time

23 job -- and teach in the classes that generally were

24 starting around 6:00 p.m. two or three nights a week.

25 And the classes were filled with generally older

1   students who were working in high-tech companies.

2          And to be truthful, I think I often learned

3   more than just interacting with them and the kind of

4   research and development they were doing at their

5   companies than I brought to the table.  They were -- it

6   was just really an interesting opportunity for me.

7   And I taught in that position for almost nine more

8   years.  I was on both faculties for three years.

9       Q.    Do you also have some industry experience,

10  Dr. Rhyne?

11      A.    I mentioned NASA; I mentioned MCC.  I've

12  worked -- every summer when I was at the university at

13  A&M, I took off and worked in an industry that I thought

14  would be of interest both in terms of what I would do

15  but also in an interesting part of the company to move

16  my family.

17          So I worked in the Twin Cities' area.  I have

18  worked in California.  I've worked in Washington, D.C.

19  And it allowed me to bring some actual industrial

20  practice back to my classes.  So among those kinds of

21  companies, I worked at Texas Instruments on two

22  different occasions on what's called microcomputer, the

23  little one-chip computers that are so common in all

24  kinds of products today.

25          I actually did architecture for a couple of

1  their early microprocessor products.  I also worked on

2  one of their GPS systems, if you're familiar with the

3  navigational electronics.

4          I worked at Control Data.  I worked at a

5  research company in California called the Electric Power

6  Research Institute, working on computerized approaches

7  to read your meter through your power lines so that they

8  didn't have to send a meter person out to your house to

9  actually read your meters.

10         So, collectively, over the 50 years since I

11 graduated from high school, I've got almost 25 years of

12 industrial experience and right at 22 years of academic

13 experience in a teaching and research position.

14     Q.    Throughout your career, have you been

15 involved in a professional society?

16     A.    Several, but I guess primarily the Institute

17 of Electrical and Electronics Engineers.  That's called

18 the IEEE.  I've been elected to be on their Board.  I

19 served as their treasurer for a number of years.  That's

20 the largest professional society in the world, because

21 it's international; it's not just linked to the United

22 States.

23         For example, your society, the American Bar

24 Association, is only in America.  And I held a number of

25 positions over the years with the IEEE.

1        Q.      As part of that involvement, have you been

2    bestowed with any honors?

3        A.      I've got two that I'm extremely proud of.  I

4    was elected by the members of the IEEE as what they call

5    a fellow.  And that's restricted to 2 percent of the

6    membership of the IEEE at any given time.

7            It's an honor you can't nominate yourself

8    for.  I didn't even know I was up for nomination until I

9    received a letter that said you've not only been

10   nominated but you've been elected.

11           And when you do that, they have a citation,

12   they call it, as to what it was you did that they liked.

13   And my citation said I was elected as a fellow for my

14   contributions to computer engineering and to computer

15   engineering -- and to the computer engineering

16   profession.

17           And then the second bullet there is an award

18   named after a gentleman who was the dean of engineering

19   at Stanford, Dr. Terman, and two of his students were

20   gentlemen named Hewlett and Packard, which you've

21   probably heard of.

22           And under his tutelage, they went out in one

23   of their garages in California and started their

24   company.  And to honor him, they give an award every

25   year to the outstanding young electrical engineering

1  educator in the United States.

2          And to be qualified for that award you have

3  to have published a textbook before you were 35, and I

4  had published a very successful textbook on the basic

5  concepts of computer design.  And it led to my being

6  qualified to be nominated for that.

7      Q.    Do you have any professional licenses,

8  Dr. Rhyne?

9      A.    I have two.  I have been a registered

10  professional engineer in the State of Texas since 1969,

11  and I'm also a registered patent agent and have been for

12  right at 10 years.

13      Q.    What is a registered patent agent?

14      A.    It's a person who is not an attorney.  If you

15  were an attorney and did the same thing, you would be a

16  patent attorney.

17          But a patent agent is an engineer or

18  scientist who has taken a test given by the Patent

19  Office, the USPTO.  And if you pass that test, as I did,

20  you then are qualified to represent an inventor at the

21  Patent Office.  You can work with the inventor and write

22  up their application and get the drawings set and help

23  them to define whatever claims they want.

24          And then you can send that packet of

25  information to the Patent Office and deal with the

1  Examiner during the process that, hopefully, will lead

2  to the allowance of the United States patent.

3       Q.    Okay.  And have you filed any patent

4  applications as a patent application?

5       A.    I have done one.  I've done it for my son and

6  a friend of his.  My son has worked in the electronic

7  gaming industry for years and years.  I tried to get him

8  not to play those things, but he finally made it his

9  profession.

10            And while he and another friend or two were

11 trying to start a small company up in New Hampshire,

12 they came up with an idea that they and I believe is

13 patentable.  And so I've been dealing with the Patent

14 Office for a little over four years.

15            If you recall, the '449 patent was filed, I

16 think, in '94, and it became allowed in '98.  I may take

17 longer than that.  It's actually been rejected as an

18 application twice.  But in the letter that we got back,

19 the so-called office action for the most recent

20 rejection, the Examiner was kind enough to offer some

21 suggestions that he thought would allow us, if we

22 modified our claims a little bit, to be able to get the

23 patent allowed.

24            And so that -- our response to that has been

25 in now for about a month, month and a half, and we hope,

1  all of us, that within the next 6 to 12 months we will

2  hear something back.  We will stay with it.  We're not

3  going to give up.

4      Q.    Well, since you've talked about your

5  background, maybe now would be a good time to talk about

6  the '449 patent.

7            Do you understand the ordinary skill in the

8  art in this patent?

9      A.    Yes.

10     Q.    What's the Court's definition?

11     A.    It's a person of ordinary skill in the art

12  would have a bachelor's of science degree in electric --

13  excuse me -- in computer science or electrical

14  engineering with an emphasis on computer systems, in

15  addition to two to three years of programming

16  experience.

17     Q.    Why does this matter?

18     A.    Well, a patent is supposed to be written, not

19  to Albert Einstein.  It's not supposed to be written to

20  me, because I'm far above ordinary skill.

21            It's supposed to be written to a person who

22  has about this level of education and work experience,

23  and they're supposed to be able to read it and

24  understand it, and based on what they read, to actually

25  go out and practice the invention.

1          If it was a machine, they should be given

2    enough information, with that level of education and

3    skill and knowledge, to go build it.

4          In the case of this patent, we're talking

5    about method claims; how do you do something.  They

6    should be able to figure out, from what the patent tells

7    them, how to go do that.

8          And it's also important, when you consider

9    the validity of a patent, which will -- I think will

10   probably come up later in this trial, in that sometimes

11   people propose that a patent is invalid because of

12   various combinations of known facts.

13         Judge Davis pointed out that the patent has

14   to be novel; it has to be new.  And sometimes you can

15   look at a set of older stuff and say, well, if you put

16   that together like this, it would actually do the same

17   thing that your patent claims to do, and that

18   combination has to be something that would be obvious to

19   a person of ordinary skill to implement, as I understand

20   the legal aspect of arguing that obviousness has

21   invalidated a patent claim.

22      Q.    And I think you already mentioned this, but

23   do you satisfy this definition as a person of ordinary

24   skill in the art?

25      A.    I have degrees well past the bachelor's

1   degree.  Mine is in electrical engineering with an

2   emphasis in computer systems for my master's and Ph.D.

3   degree, and I have, oh, I would say 20 to 25 years of

4   computer programming experience, far beyond two or

5   three.

6        Q.    I think at the very beginning, when I asked

7   you why you're here, you mentioned that you're here as

8   an expert witness.

9        A.    Yes.

10       Q.    How do you differ in that way from the

11   witnesses we've heard from so far?

12       A.    Well, I'm not proclaiming myself as an

13   expert, but that's the term that's used.

14            The people that you've heard so far are what,

15   as I understand the process, are called fact witnesses,

16   and they've been telling you what they recall and what

17   certain documents say.

18            As an expert, I am free to offer opinion

19   based on my facts that I -- the facts that I have

20   studied.  In my case, I've studied software; I've

21   studied the patent itself and a bunch of other

22   resources.  But I'm going to offer you opinions.

23   And I guess the central opinion I'll be offering today

24   is my opinion that Microsoft, with two of their

25   products, infringe three of the claims of that patent.

1      Q.      Okay.  Now, is this the first time you've

2   served as an expert in a patent case?

3      A.      It certainly is not.

4      Q.      Can you describe what your background is in

5   serving as an expert?

6      A.      The first time I got asked to be an expert

7   was in the mid-'70s when an attorney from up in the east

8   had a trial in Dallas, and he came to Texas A&M and

9   walked into my office and said, I've been told that

10   you're a professor here who understands computers.  And

11   he was very frank.  He said it in his Texas accent.

12   And I said, well, I've got both of those.  And he needed

13   an expert in that case in Dallas, and I guess he wanted

14   somebody who talks like I do.

15            And after that, I said, well, that was

16   interesting.  I had never heard of being an expert in a

17   case.

18            A year and a half later, one of the attorneys

19   on the other side in that case, who had been in the

20   Court, much like Mr. Powers or some of these, called me

21   and asked me if I would like to do it again, and I said

22   yes.  And it's kind of been head to tail since then.

23   And over the last 30 years or so, I've been retained as

24   an expert in well over 50 cases.  And I've actually

25   testified in court -- I don't keep a running count very

1 well, but it's been at least 20 times.

2    Q.    And it's probably pretty obvious by now, but

3 as part of your preparation for your testimony today,

4 did you work with some graphics folks to put together

5 some slides?

6    A.    Yes.  This is a PowerPoint slide set.

7 It's -- we're using a Microsoft product, I think, to

8 make this set, and I've worked with you and some graphic

9 individuals to make this set of explanatory slides, and

10 I think they will be helpful, I hope, to both me, you,

11 and to the jury.

12    Q.    All right.  Well, let's go through those

13 slides.  Let's first talk about your responsibilities in

14 this case.  What have you done?

15    A.    Well, I've, obviously, studied the '449

16 patent, and I think, if we move to the next slide, we've

17 got -- this is something that I think you've already

18 seen a few times.  I know that Judge Davis actually had

19 you open up your juror notebook and look at it.

20         A couple of things to point out about it

21 again, this is the number up here that's been assigned

22 by the Patent Office.  As you can see, the last three

23 digits are '449.  This is the 5,787,449th patent that

24 was allowed by the Patent Office.

25         The current number -- it's either at or above

1   8 million, so they've continued to go.  I've kind of --

2   let me see if I can clear that.

3          This is the date when it was issued, July the

4   28th of 1998.  It's always a Tuesday.  I don't know --

5   that's just been the policy at the Patent Office, to

6   issue this week's patents on Tuesday.

7          You've already actually heard from Mr. Vulpe

8   and Mr. Owens.  You know about their company.  You know

9   that it was filed on January the 2nd of 1994, about four

10  years and a little bit before it actually was allowed.

11  And the title is the method and system for manipulating

12  the architecture and the content of a document

13  separately from each other.

14         We will not be talking about systems today,

15  but we will see that the three claims that I will offer

16  opinions about are for a method of manipulating the

17  architecture and content of the document separately.

18     Q.    As we go along for the record, I'll mention

19  the exhibit numbers when you talk about a document.  And

20  for the record, this is PX1.

21     A.    All right.  Between the two of us, we'll try

22  to remember to do that each time for the sake of the

23  record.

24     Q.    I appreciate your help on that, because I

25  know I'll forget sometimes.

1           What else did you -- did you study in this

2  case?

3      A.    Well, I actually had owned copies of both

4  Word 2003 and 2007 well before I was retained in this

5  case.  I went back to both of those and studied the

6  manner in which they operate with this XML markup

7  language that has been discussed up to now.

8           And so I studied that operation and the

9  online help information that's provided by Microsoft as

10  to how to use them in certain ways.

11           And these two figures down -- these pictures

12  down here, this one on the left is a picture of what you

13  get when you purchase Word 2003, and this is a picture

14  of what you get when you purchase Word 2007.

15           It's probably a little hard to see, but right

16  in that area that says Office -- you may already know

17  this, but Microsoft sells a suite of tools together

18  under the Office label.

19           One of the key tools is their very successful

20  word processor, Word.  If you're familiar with

21  spreadsheets, they have a spreadsheet named Excel.  They

22  have the PowerPoint program that we're using here to

23  make graphics and to display them.  And there are two or

24  three other programs that are in that suite.

25           So if I talk about -- you might see something

1  like Office 11 or Office 12, or in this case, this is

2  Office Word.  It's part of that suite.

3      Q.    Okay.  And for the record, so Word 2003 is

4  PX643?  That's what you get when you buy Word?

5      A.    Yeah.  And let me see which -- I don't --

6  which version of this --

7              MR. CAMPBELL:  May I approach the

8  witness, Your Honor?

9              THE COURT:  Yes, you may.

10             THE WITNESS:  And could I get a little

11 bottle of water?  I'm just drying out here.

12     A.    Okay.  I would think this is the standalone

13 version, because it doesn't specifically mark this one

14 as being professional or whatever, at least I don't see

15 it.  But this is one version of Microsoft Word 2003, and

16 this is the version, Plaintiff's Exhibit -- what did you

17 say -- 644?

18     Q.    (By Mr. White) Yes, sir.

19     A.    This is Microsoft Office Word 2000 (sic).

20 It's the version of Word that came about four years

21 later.

22     Q.    Word 2007.

23     A.    Yeah.  I'm sorry.  2007.

24     Q.    So after you -- after you studied the patent

25 and the operation of Word 2003 and 2007, what -- what

1   did you do next?

2        A.    Well, as I said, I was asked to offer

3   opinions about possible infringement.  I compared the

4   claims of the '449 patent individually to Word 2003 and

5   2007, and based on that comparison, formed an opinion as

6   to whether or not Word infringes certain ones of the

7   claims of the '449 patent.

8        Q.    Okay.  And just -- just for the record, let's

9   be clear.  There are -- there are multiple editions of

10  Office 2003; is that correct?

11       A.    That's correct.  On the back of the box, it

12  actually says that there's a student and teacher

13  edition, which has one set of capabilities; there's the

14  standard edition, which has the same set of

15  capabilities; there's the small business edition; and

16  there's the professional edition.

17       Q.    Okay.

18       A.    So I believe there are four.

19       Q.    Does your opinion that you offer today apply

20  to all editions of Office 2003?

21       A.    No.

22       Q.    Which version -- which editions does it apply

23  to?

24       A.    For the 2003 version of Word, it applies to

25  the version that you got within the professional

1    edition, and also, I believe, to the small business

2    edition as well, but not to the less capable version

3    that's called the standard edition or to the student and

4    teacher edition.

5         Q.    Okay.  What if you bought Word 2003 alone and

6    not as part of the Office suite?  Does your opinion

7    apply to Word 2003?

8         A.    Yes.  The standalone version -- and as I say,

9    this may be it -- that version of Word also, in my

10   opinion, infringes the three claims that I've formed an

11   opinion about.

12        Q.    Okay.  Does your testimony apply to all

13   editions of Office 2007 and Word 2007?

14        A.    Yes.

15        Q.    Let's talk about versions.  Have there been

16   multiple versions of Word 2007?

17        A.    There are multiple versions out in the field

18   for most every Microsoft product.

19        Q.    How do -- how do those versions get released?

20        A.    Microsoft has a -- kind of a bug-fix process

21   that allows people who have purchased their product to

22   go online and receive what are called, in some cases,

23   updates, and in other cases, they call them service

24   packs.

25              And, for example, as best I recall, for the

1   2007 version of Microsoft Word, they have released two

2   service packs.  But you go to an update site and check

3   to see, have there been any updates released for the

4   particular Microsoft products that you own.

5            And for the operating system, they also

6   periodically, when you prepare to turn off your

7   computer, so-call log out, you may see a note that says,

8   before we're going to let you log out, we're going to do

9   some other updates to resolve some issues that have come

10   up from people out in the field who are actually using

11   their products.

12       Q.    Is it typical to provide updates or service

13   pack releases to fix bugs in software?

14       A.    Yes.  If you look at the details, you can get

15   information for the various service packs and updates

16   that will tell you what things they're addressing to

17   resolve.

18            For example, for the operating systems, there

19   have been a number of security issues that have been

20   exploited by viruses and hackers, and Microsoft

21   continually, in kind of a -- it's sort of an escalation.

22   As soon as they fix something, there's some malevolent

23   people out in the world who try to figure a way around

24   that, and Microsoft makes very strong efforts to take

25   care of those kinds of situations as quickly as they

1  can.

2      Q.    So after you compared the claims of the

3  patent to the -- these -- these versions of Word or

4  these editions of Word and determined if they infringed,

5  what did you do next?

6      A.    I wrote some lengthy reports that provided

7  the results of that analysis.  I'm legally required as

8  an expert to provide to the attorneys on the other side,

9  in advance of my testimony here today, reports that set

10 forth my opinions that I will testify about, if we

11 actually get to trial, and also the bases for those

12 opinions:  What did I read; what did I study; what did I

13 experiment with that say -- if I -- if I -- I can't

14 just -- at least I don't -- I can't just walk in and

15 say, you know, they infringe and not give you any detail

16 as to the reasons and facts and study that I have done

17 that support that opinion.

18     Q.    Okay.  Well, let's talk about some of the

19 resources you used to support your opinion.

20        What are -- what are some of the things that

21 you looked at?

22     A.    The patent, obviously, and this thing called

23 its file history.  I was here for the information that

24 Judge Davis read to you at the beginning.

25        And he mentioned that it's also sometimes

1  called the prosecution history.  That's the record of

2  documentation that went back and forth between the

3  attorneys who represented i4i as they were trying to get

4  their application approved and the Examiner at the

5  Patent Office.  They had a primary Examiner, who was

6  handling their case.  And over those four years, there

7  were some documents, and that's what I read.

8         And I also -- relative to understanding the

9  claims, I read the Court's claim construction, which I

10  think Judge Davis also cited to you.  It's my

11  understanding it's at the very back of your jury

12  notebook.

13     Q.    Did you apply the Court's claim construction

14  in reaching your opinions?

15     A.    For every term that the Court construed or

16  interpreted or defined, maybe is a simpler word, I have

17  used that construction in forming my opinions of

18  infringement.

19     Q.    Okay.  What other resources did you use?

20     A.    Well, I mentioned that I had copies already,

21  I didn't have to purchase them, of Word.  I actually had

22  both standard Word, which is non-infringing, and Word

23  2003, what they call Pro.  I had Office Pro 2003 on one

24  of my computers at my home office.

25         And then I also had already -- I've got two

1  copies of Word 2007 that I run on a desktop computer and

2  on a laptop.

3          And then I've also worked with a gentleman

4  who I believe -- I know is here and will testify, I

5  think, after myself, a gentleman named Dr. David Martin,

6  who is a computer scientist.  And he spent hundreds of

7  hours studying the actual source code software of -- of

8  both Word 2003 and Word 2007, and he sort of bubbled his

9  findings up to me.

10          He was not involved in anything to do with

11  infringement.  My responsibility is to -- sort of picked

12  up where his reached, based on his analysis of the

13  software.  And whenever there was any question in my

14  mind, I can read that software.  I'm capable and enjoy

15  doing it.  We would sit down together and flip through

16  the printed pages of the software to come to some issue.

17  But he also has written -- and he's kind of an exception

18  to many of the computer people that I deal with.  He can

19  write and he can spell, which is pretty impressive, I

20  think.

21          And he's also proved to be very good at

22  coming up with drawings that express relationships among

23  various things in the software, and I rely on some of

24  his drawings as part -- I did in my reports, and I rely

25  on it -- on a drawing or so here today.

1      Q.    Okay.  You mentioned software and source

2  code.  What is source code?

3      A.    Source code are the instructions to the

4  computer that are written by the human beings, the

5  programmers, okay?  They are sort of like English.

6  Depending on what the language is, they may be more or

7  less English-like.  But they are expressing things --

8  they express things that you ultimately want the

9  computer to do.

10          If you want to add to numbers and then divide

11  them by another number and save that result somewhere,

12  there are ways to express that.  Add A to B, store it in

13  C, and then divide it by D and print it, okay?

14          What you do with the source code is run it

15  through another computer program called a Compiler, and

16  the Compiler produces -- I heard some questions asked by

17  Mr. White about object code.  Well, after you compile

18  the source code, you get object code.  And object code

19  is what the computer itself understands.  It's also

20  called the executable.

21          And when you load an application on your

22  computer, like Microsoft Word, that disk that you have

23  that's in these boxes or packages, it actually has the

24  object code, the executable, and it gets loaded into the

25  computer piece by piece.  And that's what the computer

 1  understands.

 2          But source is what people with the right set

 3  of skills -- of ordinary skill can -- can look at and

 4  understand what's going on when that code is compiled,

 5  loaded, and executed.

 6      Q.    Could you have formed your opinions simply

 7  based on the object code running on your computer?

 8      A.    Not for this patent.  This patent -- you have

 9  to look under the hood to understand what the data

10  structures are, how the document that's being worked

11  with has actually been broken apart and how the parts

12  relate to each other.

13          And I -- I certainly can't imagine a way that

14  having only an executable version, only the stuff that's

15  in this box, would allow me to know whether infringement

16  actually took place or not.

17      Q.    Okay.  What else did you look at?

18      A.    Well, and you've seen, Ladies and Gentlemen,

19  a lot of them.  You've seen e-mails; you've seen

20  documents.

21          I've read the depositions of several

22  Microsoft persons, principally Mr. Little and others.

23  I've seen a large number of internal and external

24  Microsoft documents, as well as i4i documents.

25          I've read reports by an expert working for

1  Microsoft, as well as -- I mentioned Dr. Martin's

2  report, and a sequence of -- a pretty large set of

3  e-mail messages.  And I've also located and reviewed

4  some documents that are available from Microsoft on the

5  internet.

6       Q.   Okay.  Before we get into your opinions in

7  detail, can you give us an overall summary of your

8  conclusions?

9       A.   I've actually kind of stated the top-level

10  opinion already.  It is my opinion, based on the study

11  that I've done to date, that Microsoft infringes Claims

12  14, 18, and 20 of the '449 patent, and there are three

13  different ways in which I have found that infringement

14  to be present.

15            And I'll give you a thumbnail as to what

16  those are and then deal with them in more detail at the

17  end of my testimony.

18            Direct infringement, as I understand it --

19  and the Judge is going to give you the charge.  He said

20  he's responsible for the law.  I'll tell you, what I

21  used in forming my opinion is the understanding that if

22  an employee of Microsoft performs one of the methods in

23  Claims 14, 18, or 20, that's direct infringement by

24  Microsoft.

25            Induced infringement is if Microsoft does

1  something that causes someone else to infringe.

2          And contributory infringement is that -- it's

3  a little different.  It's a situation where they sell a

4  product which, when used as Microsoft expects it to be

5  used, will produce infringement by that user.

6          And I will address those three, at least

7  insofar as my understanding of those legal terms, later

8  in my testimony.

9      Q.    All right.  Before we get into your opinions

10  in detail, by way of background, do you think it would

11  be helpful to talk about some of the technology that

12  relates to this case.

13      A.    I hope so.

14      Q.    All right.  Let's --

15      A.    Mr. Cawley gave me a pretty broad charge

16  there when he said that that was my job, is to try to

17  explain this stuff.  I'll do my best.

18      Q.    Well, what is the background to this

19  invention?

20      A.    Well, if you look again -- and I think Judge

21  Davis pointed this section out to you, there's generally

22  a section in a written patent that's called the

23  background of the invention.

24          And what you do know of the background of the

25  invention is sort of set forth, here's what things

1 looked like when I had my ah-ha moment, okay?

2          And you've heard other people talk about the

3 fact that the old approach -- the old approach was to

4 have paper documents dating back to Gutenberg, I guess,

5 or back to when monks and monasteries would pen out a

6 document.

7          Most of the focus and the complexity of

8 producing really nice documents has been on what's

9 called formatting the document.

10          If you see a chapter in a -- in a nice book

11 sometimes, the first letter of the chapter is a great

12 big letter with some fancy gothic-looking -- you know,

13 maybe even color, or if you see a title sometimes of a

14 chapter, it will be a bigger font, a bigger print, and

15 be bold so it looks darker on the page.

16          You actually saw an example that Mr. Cawley

17 held up of what looked like old-style markup.  If you

18 had like a handwritten document that someone had

19 composed, and you expected a typesetter to convert it

20 into a printable document, they would go in, and there

21 were standard techniques where they could circle a piece

22 of text, draw a line out to the side, and if they wrote

23 ITAL, that meant I want that to be in italics.

24          They could do things like that that would

25 say, I want to see more space here between these lines.

1   I want to put a paragraph here where you'll go over to

2   the next line and indent.  And that's what the printers

3   looked for.

4          And the way printers used to do this -- and I

5   know I visited Williamsburg once when I was going to the

6   University of Virginia, and they actually had an old

7   Revolutionary War type press.

8          And I remember seeing the guys take a little

9   rack that they could then pick from a big array of

10  letters in little lead type, and they would slide them

11  in, and of course, they had to do it mirrored image, so

12  they had to learn how to do that, because when you print

13  it, it flips it.

14         And if it said italics, then they would reach

15  over here and get an italic one.  And if it said bold,

16  they would reach in some other place and put those

17  letters in.  That's the way it was done.  And the

18  typesetters -- you can see here, the typesetter guys

19  focused on the formatting.

20         Then we --

21     Q.   Did anything -- I'm sorry.  Did anything

22  change when people started using computers?

23     A.   Then came the computer revolution, and all of

24  a sudden, instead of everybody doing their letters and

25  things on Selectric typewriters, we all began to use

1   computers to do that.  And we typed on a keyboard, and

2   we looked at something on the screen, and then we

3   printed the document on our printer.

4           And what the word processors, as they're

5   called in the computer business, do, or did, they gave

6   you the capability to type in the content, the actual

7   words that you want to put into the document.

8           But the ones that were successful also gave

9   you the ability to say, from this point on, I want you

10  to make this underlined.  And that's what you'd see on

11  the screen, and that's what it would print as.

12          And the patent actually mentions in the

13  background section, two of them, TROFF is one that I've

14  worked with.  My recollection is, it came from the

15  University of California at Berkeley.  It was kind of

16  difficult to use.  It used kind of odd combinations of

17  characters.

18          I personally don't think I've had any

19  experience with WordStar.  The earliest word processor I

20  remember was a product called Electric Pencil, and I

21  remember having -- I mean, that must be 25 years ago or

22  more.

23          But the thing that was happening,

24  Mr. Campbell, is every one of the companies that made

25  one of these word processors was going their own way.

1    They had their own idea about how to represent the

2    markup and how to store the documents so that they could

3    be maybe sent to someone else.

4         Q.    Okay.  And did standards develop for that

5    then since everybody was going their own way?

6         A.    That's correct.  Now, people said, you know,

7    it would be nice if there was some common way that we

8    all understood for representing the formatting markup.

9    And Motorola -- and I knew I was going to say that; I

10   spent too many years there -- and Microsoft got out and

11   developed a technique, a standard, called the rich text

12   format standard.

13          And it -- they made that publicly known, and

14   it allowed people who were making documents, when they

15   did their markup, to do it in a way that other word

16   processors could understand.

17          And, for example, I have had a number of

18   circumstances where I have created a document in Word --

19   and years ago, all the law firms seemed to use another

20   word processor called Word Perfect.

21          And I couldn't send the original Word

22   document to an attorney who wanted to look at it in the

23   Word form, but if I converted it, as the Microsoft Word

24   at that time let me do, into the RTF format, then what

25   had happened at the company that made Word Perfect is

1  they could understand the RTF and convert it into their

2  internal form.

3          And that was helpful to people who wanted to

4  be able to exchange documents across multiple word

5  processors.

6      Q.   Okay.  Can you show the jury what you mean by

7  formatting?

8      A.   Sure.  This is an example out of one of the

9  reports that I wrote.

10         And suppose we have a five digit number,

11  23987.  The number over on the left-hand side is just

12  printed in normal text, okay?  Then I printed it in

13  italics, and then I printed it in bold, and then I

14  printed it in both bold and italics.

15         And then I used Word to make it bigger.  I

16  think I went from 12-point type to 14-point.  This, I

17  think, was smaller, with 10-point type.

18         And then I got -- I don't even remember what

19  the name of it was, some odd-looking font that kind of

20  has shadows and a little tick mark above the 8.

21         But this is what I mean, and I think this is

22  what everyone has meant when they talked about

23  formatting.  What does it look like?  Sometimes called

24  the presentation of the document.

25      Q.   And I think Mr. Owens talked a lot about

1  this, but did people move beyond formatting?

2      A.   Yes.  And that's kind of where the invention

3  began to come in.

4          And the key to this was this development of

5  SGML, this standard generalized markup language.  And it

6  uses these tags.  And you've begun to see them.

7          Generally, the normal way to do it is to use

8  a greater than and a less than and put them around

9  what's called a tag name.  And the term that's used in

10 the SGML standard is that this is descriptive markup in

11 that it describes the content.  It says this is a

12 telephone number, or this is somebody's first name.

13         And as you can see, it's marked using those

14 two horizontal V symbols.  And then you've also heard a

15 lot about XML, which is a subset of SGML and uses the

16 SGML tags, these horizontally, to identify this

17 descriptive markup.

18     Q.   Okay.  So what can someone do, then, with

19 SGML or XML?

20     A.   Well, they can answer this question:  If I

21 see the five digit number, 23987, down in the middle of

22 a document somewhere, what is it?

23         Well, they can go in and give you -- with a

24 tag, okay, they can actually say this is the beginning

25 and end of a five-digit piece of letters or numbers that

1  define the member ID.  And that's what SGML and, hence,

2  XML descriptive markup look like.

3       Q.    Okay.  Did you find any Microsoft documents

4  that summarized the difference between formatting and

5  what you can do with XML?

6       A.    I think I found several.  And this is a press

7  release that Microsoft produced in November of 2002, and

8  it was at least sent out with the name of the gentleman

9  that you've heard of a couple of times, I think.  His

10  name is Jean Paoli.  And I hope I'm pronouncing that

11  right.  And, apparently, of French decent.

12           And I think one of the things that was

13  pointed out is that he has represented Microsoft on some

14  of the standards committees associated -- I can't

15  remember if the exhibit was for XML or SGML.

16           But he is kind of a Microsoft XML guru.  I

17  believe he's been with the company since the mid-'90s,

18  and he has been a gentleman within Microsoft, to the

19  best of my understanding, who is focused on XML within

20  Microsoft.

21           And he says here, Finding a way to describe

22  the actual meaning contained in the document has been a

23  central focus of the XML community for nearly 20 years

24  when the technology was SGML.

25           Traditionally, the way a document is created,

1 it doesn't include information about its actual content.

2 All that's captured is the content's styling, its size,

3 whether the words are bold or italicized, the font, and

4 so on.

5         For example, a resume doesn't know it's a

6 resume.  It's just a collection of words that only has

7 meaning when a human being interprets it that way.

8         Those of us in the XML field have long

9 believed that if we could separate the actual content or

10 meaning from the presentation of a document, then users

11 would be able to tag parts of their documents --

12 document with labels that mean something to them.

13         So in a resume, for instance, a user could

14 tag the name, address, career goals, qualifications, and

15 so on.  In this way, documents of any kind could become

16 a source of information as rich as a database.

17              MR. CAMPBELL:  And for the record, that's

18 PX81.

19    Q.    (By Mr. Campbell) Why is it important to be

20 able to tag documents in a way that Mr. Paoli is

21 describing here?

22    A.    Well, it's because they're so dadgum many

23 documents out there, okay?

24         This was an interesting comment in a -- it's

25 kind of a -- it's entitled A New Way of Thinking:  Why

1  XML is important, by Gerry McGovern -- or I guess it's

2  Gerry (pronouncing).

3          And he said -- this is his estimate -- and

4  this dates back to 2000, almost 10 years ago -- there

5  are presently two and a half billion documents on the

6  internet, growing about seven and a half million a day.

7  If we include intranets and extranets, which are not --

8  the internet is sort of this publicly available

9  resource.  Intranets and extranets are privately

10 operated networks.  He said, if we include them, the

11 number of documents rises to an incredible 550 billion.

12 And this tagging business can help people faced with

13 this plethora of documents go into those documents and

14 extract important data.

15     Q.    Is that sometimes referred to as unlocking

16 the documents?

17     A.    It is.  It is.

18     Q.    What does that mean to unlock the documents?

19     A.    Well, I tried to think of a way to illustrate

20 this.  Let's just imagine that in somebody's business,

21 like mine, for example, I've got file cabinets with

22 documents that are -- in a variety of ways have

23 information that sometimes I wish I knew where it was.

24 The trouble is, if I've just got the documents in some

25 sort of electronic form, they're locked.  And as a

1  result --

2            THE WITNESS:  Can you move -- if you can

3  go forward.  There you go.

4      A.    These locks represent the fact that it's just

5  the document.  And if I have 23897 and that's a member

6  ID for somebody, say it's their membership number at

7  COSCO, I can't find that without going page by page and

8  looking for it.

9            I can search for 23897 and find that number,

10  but if I want to find all the member IDs that are

11  represented in all of these documents, I don't have a

12  way to do that.

13            And that's what SGML and XML have provided

14  for people who are faced with large numbers of

15  documents, like government agencies, like many companies

16  who keep manuals over a lengthy period of time.  That's

17  what it does.

18      Q.    (By Mr. Campbell)  All right.  You mentioned

19  government agencies.  Do you have another example where

20  SGML or XML might be used to interpret the data in a

21  document?

22      A.    I kind of made one up.  It's got a little bit

23  of silliness in it, but this one basically says, suppose

24  we had an intelligence support -- or we got somebody

25  who's Agent Clark Kent of the Homeland Security group

1  who's working at the airport in Dallas, and he wants to

2  send a notice to Janet Napolitano at the headquarters of

3  Homeland Security that he thought he saw something that

4  she should know about.

5           It reads as follows.  And this is what's

6  called the plain text.  This is just what you would type

7  into a typical, ordinary word processor.

8           I spotted Lex Luthor in Terminal D.  I saw

9  him dial this number.  I believe he was talking to one

10 of his associates about future terrorist activity.  We

11 consider the threat posed by him to be immediate and

12 severe, because he's an explosives expert, and I

13 recommend immediate and continuous surveillance and

14 adding Luthor to the red-level watch list.

15          Okay.  Just -- here's what a typical

16 unmarked-up letter would look like.

17     Q.    Okay.  And so would a computer be able to

18 know what Terminal D of the DFW airport means?

19     A.    No.  They -- they -- it, in and of itself,

20 would not be able to assign any meaning to this

21 document, or maybe even more importantly, to a similar

22 location identified in a different way in another

23 document.  It wouldn't know what this was.

24     Q.    So how do we -- how do we unlock that

25 document?

1      A.    We put all this stuff in it.

2            And the funny thing about it is, is I'm

3  telling everybody that this is unlocking the meaning,

4  and yet initially, when you look at the document, it

5  seems to cloud any ability for you, as a human being, to

6  do something.  It kind of gets in the way.

7            But this is not a technique that's intended

8  for human beings.  It's a markup that's intended for

9  computers.

10            But here you can see that I've -- I've made a

11  markup -- I'll try not to do that.  I've made a markup

12  up at the top that says, this is the beginning of an

13  intelligence report, and since these markings under SGML

14  and XML come in pairs, you can see down here at the

15  bottom is the ending mark or tag for the intelligence

16  report.

17            And I've marked the agency and the date, and

18  my name as Clark Kent and et cetera.  I've marked up all

19  the critical information that's in this document.

20      Q.    Okay.  And can we now tell what the terminal

21  D of the DFW airport is in this document?

22      A.    We now know, if I'm a computer program that's

23  going to analyze this document, that it contains the

24  citing location, and in specific terms, that citing

25  location was terminal D of the DFW airport.

1    Q.    And did you create an animation that kind of

2 shows what it means for the document on the left to be

3 locked?

4    A.    Yes.

5    Q.    Okay.

6              MR. CAMPBELL:   If we could start that

7 animation.

8              (Video playing.)

9    Q.    (By Mr. Campbell) So what do we see here, Dr.

10 Rhyne?

11    A.    All right.   This is a document, and let's

12 imagine that somebody at Janet Napolitano's office

13 receives this, along with a lot of other ones that have

14 come in for the week, and they want to produce an

15 executive summary for the leader of the Homeland

16 Security group, which has the key information, the date,

17 who, where, how bad was it, what should -- you know.

18 Certainly, a human being can read this thing from the

19 top to the bottom, and that's what I've illustrated

20 here.

21              THE WITNESS:   If you would proceed with

22 the animation.

23    A.    Okay.   They can say, well, there's the date,

24 and they could move it over here to this executive

25 summary.   Mr. Luthor.   It was at the Terminal D.   This

1  is a manual process again, and human beings can

2  understand it in a way that a computer would have

3  difficulty doing.

4       And eventually, I can move all of this

5  information into the first column of an executive

6  summary, but that's all I'm going to do.  If I'm going

7  to do the next one, I've got to sit there and read it as

8  well.

9       Q.    (By Mr. Campbell) Okay.  So how do things

10  change if we unlock the document and use XML?

11       A.    Well, I tag it, okay?  And now I have the

12  ability, with a computer program, to search through and

13  find those tags at computer speed.  But not just for

14  that one, I can, at computer speed, find similar

15  information, if it's present, in literally -- here we

16  use, say, a thousand documents.

17       And I've got -- the last one I just put an

18  ellipsis in the middle here -- says that at another

19  date, we saw another terrorist in wherever Gotham Square

20  Park would be.  It was urgent and so forth.  That's what

21  the tags allow to be done at computer speed.

22       Q.    Now, let's talk about what Mr. Owens and

23  Mr. Vulpe invented.

24       We've talked about SGML and XML, and I think

25  Mr. Owens was asked this, but did Mr. Owens and Mr.

1    Vulpe invent SGML or XML?

2        A.     Neither one.

3        Q.     Okay.   What -- what -- what did they invent?

4        A.     Well, they set it forth and they talk about,

5    again, the problem, as existed, when they came up with

6    their idea.

7             They pointed out that current practice

8    suffers from inflexibility.   Documents combining

9    structure -- and that's the term that's used in the

10   patent to mean the information's meaning.

11            And they say -- documents combining structure

12   and content are inflexible because they tie together

13   structure and content into a single unit which must be

14   modified together.

15            This invention addresses the idea -- ideas of

16   structure and content in a new light to provide more

17   flexible and efficient document storage and

18   manipulation.   And this new light is -- is the -- is

19   their invention.

20       Q.     Okay.   How did -- how did Mr. Owens and

21   Mr. Vulpe solve that problem and bring in a new light?

22       A.     Well, they said that what we're going to do

23   is form a map of -- and we've got a Court definition for

24   what a metacode is, and we'll come to that -- a map of

25   tags in a sense found in the document is produced and

1   provided and stored separately from the document.

2          The map indicates the locations -- location

3   and addresses of these metacodes in the document.  This

4   is the idea -- it was there in the title -- that they're

5   going to separate the architecture of the document from

6   the content of the document.

7      Q.    Okay.  And do you have another little

8   animation to show what that means to separate the

9   metacodes and the content?

10     A.    I hope so.

11         This is actually an example from the patent

12  itself.  I found it interesting.  It said The Secret

13  Life of Data, and then it has a sentence, Data is

14  Hostile.

15         And I asked Steve Owens, who was here the

16  very first day, I said, Did you make this up?

17         And he said, No.  Kind of.

18         He had been reading a book called The Secret

19  Life of Plants, and it characterized plants as having

20  emotions and feelings.  And you had to -- and I think my

21  wife thinks, if she talks to her plants, they'll be

22  greener.

23         And so he said, based on the fact that that

24  book title was there, he came up with The Secret Life of

25  Data.

1          And you can see that he has a chapter, he has

2   a title, and then he marks something as a para, P-A-R-A.

3   That probably meant paragraph, but I don't know exactly.

4   It would mean something to whoever decided to tag it

5   with P-A-R-A.

6       Q.    Okay.  And so how did -- how does it work,

7   separating the document and the map and metacodes and

8   the content?

9       A.    Well, what would -- what his idea was, is to

10  pull those apart in terms of what's actually in the

11  memory of the computer.  And on the right is something

12  that in terms of the patent claims --

13      Q.    I'm sorry.

14      A.    -- okay -- is called the mapped content.

15  It's -- the content is, basically, the document text,

16  but it's been processed so that it becomes the mapped

17  content.  The patent talks about raw content, input

18  content, and mapped content.

19          And associated with it, then, is a metacode

20  map.  And that's what he does, what the patent does on

21  the other side:  They convert that -- that collection of

22  these little tag things into a list of, well, what are

23  the metacodes that are in there:  Chapter, title, para,

24  okay?

25          And it lists them, giving their tag names,

1  and then it gives a mapping that says, this tag name

2  over here into the mapped content applies from here over

3  to here.

4           And together, these two pieces of

5  information, two sets of information, redefine the

6  document in a separate way that was the foundation of

7  their new idea.

8       Q.    Do you have a little timeline to show what

9  i4i had done up to this point?

10      A.    Yes.  You can see that in 1994, they had

11 gotten to the point where they could describe their

12 patented -- their patentable, they hoped, idea well

13 enough to form their application.

14          They could make the drawings; they could

15 write the written part of the specification; and they

16 could draft up a set of claims.

17          They sent it to the Patent Office.  It was

18 back and forth there.  The patent itself was issued in

19 '98.  And then this product that we've heard a little

20 bit about with this S4/TEXT product became the product

21 based on the patent, as I -- as I've been told, that it

22 came out in March of 1999.

23      Q.    Well, let's talk about what Microsoft was

24 doing.

25      A.    Okay.

1     Q.    Was Microsoft focusing on SGML or XML during

2 the 1990s?

3     A.    No.

4     Q.    What was Microsoft doing during this time?

5     A.    Well, as Microsoft's attorney mentioned in

6 the opening, they had been working on up to 12 -- to

7 date, they have worked on 12 versions of Word.

8           Here, the set of versions, I think there's

9 seven of them, as they existed from '92 when Word 5 came

10 out until -- up here is Word XP that came out in

11 conjunction with the new operating system, Microsoft

12 Windows XP.

13          And these -- this is the sequence of versions

14 of Word that Microsoft had produced during that time.

15     Q.    And did any of them support SGML or XML?

16     A.    No.

17     Q.    Did Microsoft offer anything during this time

18 that would allow Word to support SGML?

19     A.    They attempted to.

20          In 1994, they contracted, as I understand it,

21 with another software company and had them develop

22 something that was called SGML Author for Word 6.0, and

23 this was a program that ran in conjunction with Word 6.0

24 and offered some capabilities to people who wanted to

25 annotate their documents in some way with SGML.

1        Q.      How did SGML Author for Word 6.0 work out for

2   Microsoft?

3        A.      Not very well.

4               This is an e-mail from March of 2001 from a

5   gentleman named Steven Sinofsky, a Senior Vice President

6   with Microsoft, and he said that SGML Author for Word --

7   and here I quote -- turned Word into a highly structured

8   and painful to use editor.  We sold a very small number

9   of copies of this but kept the community at bay.

10       Q.      Do you know what Mr. Sinofsky means by kept

11  the community at bay?

12       A.      I can tell you what I think he meant.  I

13  think he meant that there were people out there who

14  liked SGML and were clamoring for it, and by giving them

15  this SGML Author for Word, if they came to us, we could

16  say, well, look, we've got SGML Author for Word, so

17  we're on top of that.

18              But, obviously, it was not very effective; it

19  was painful to use; and it was not accepted in the

20  community that was trying to get that capability.

21                   MR. CAMPBELL:  For the record, this is

22  PX270.

23       Q.      (By Mr. Campbell) So in 2000, where did that

24  put Microsoft in terms of providing SGML or XML support

25  for its customers?

1      A.     Well, not in a very good place.  And this is

2   an article with the title of Plea for an XML Client that

3   was written by this Mr. Paoli.

4           He began it by saying, We're in deep trouble.

5   He said, We are not building a single client who can

6   consume XML in its generality.

7           And by client here, this meant a product.  We

8   don't have anything we can sell to people that has the

9   software capability of consuming, of reading and

10  processing XML in its general state.

11          He said, Please don't -- Please do not be

12  fooled by what we, at Microsoft, are building today.

13  And this is in 2000.  Please don't be fooled by what we,

14  at Microsoft, are building today.

15          There is absolutely no client in Microsoft

16  which can consume, manipulate, modify, author, present

17  the data in a user friendly way to the user, and let her

18  take advantage of generic XML schema.

19      Q.     I think we heard Mr. Thomas talk a little bit

20  about it, but what is an XML schema?

21      A.     An XML schema is a way to link to a document

22  an allowed set of XML tag names.

23          If you're doing an invoice, it's probably the

24  name of the company that's supposed to pay you and their

25  address.

1          And so you would have tag names that are

2    available to you, as a document author, that would --

3    would give you a -- a repertoire, if you will, a menu of

4    tag names that you can use in this document.

5          And you actually, using the schema, can

6    assign characteristics to them.  For example, you can

7    say, if it's a phone number, it's supposed to be numbers

8    and not letters.  And if it's a date, then it's supposed

9    to look like this.

10          MR. CAMPBELL:  And this is PX195.

11     Q.   (By Mr. Campbell) Did other folks at

12    Microsoft express similar concerns to Mr. Paoli?

13     A.   Well, Mr. Gates did.  In an e-mail, and

14    again, in this early 2001 timeframe, he said, Now, the

15    market wants a great XML editor.  That was certainly the

16    state of the market at that time.

17          He then continued, It's hard to say we are

18    the leader of the XML revolution if we don't have an

19    editor.

20     Q.   Did i4i offer an XML editor at this time?

21     A.   Yes.  They had had one since 1999, a tool

22    that worked with Microsoft Word to accomplish that task.

23          MR. CAMPBELL:  That's PX270.

24     Q.   (By Mr. Campbell) So did developing an XML

25    editor become important to Microsoft?

1     A.     Yes, it did.

2          This -- I've read the background of this

3     e-mail, Mr. Campbell, and this is by a woman named

4     Kim -- I believe it's a woman.  I may be wrong.  That's

5     the kind of name you can't be sure.  Kim Field.  She, at

6     this time, was in charge of Microsoft Press.

7          And Microsoft publishes lots of books.  They

8     publish a very popular computer dictionary and another

9     set of things.

10          And she had had dinner with Mr. Gates as -- I

11     think with a group of people at a conference, and he had

12     listened to her, they had discussed some things that he

13     wanted to see the company doing.  And he had told her,

14     kind of as we saw in that e-mail, that it was one of his

15     goals to position Microsoft as a leader in the XML

16     community.

17          And in this e-mail back to Mr. Gates, she

18     says, With respect to your goal to position Microsoft as

19     an XML leader, if we're betting the farm on the XML

20     revolution, an XML editor should be an absolutely

21     fundamental component of our product arsenal.  And then

22     she said should be as of April the 2nd of 2001.

23               MR. CAMPBELL:  And that's PX45.

24     Q.    (By Mr. Campbell) So can you add what

25     Microsoft was doing to our timeline?

1    A.    Yes.  I already had shown you that in 1994,

2  they had done SGML Author for Word, and soon thereafter,

3  it was abandoned because it was painful to use.

4         Then we have Mr. Paoli's document that said

5  they were in deep trouble because they didn't have an

6  XML editor, and Mr. Gates and others had expressed their

7  concern about that hole in the Microsoft product suite.

8    Q.    Before we get to Word 2003, can you describe

9  what options were available for just creating documents

10  in general at the time the inventors filed their patent

11  application?

12    A.    Yes.  There, basically, were two paths that

13  you could go down.

14         You could have a word processor, okay, like

15  Word, like Word Perfect, and those were designed to

16  allow you to type in characters and to format them so

17  that they would have an interesting and useful

18  presentation or appearance.

19         There were people working on XML editors.  I

20  think there was some mention of a couple of them

21  earlier.  One that I actually did some research on was

22  called XMetal.  And they each had characteristics that

23  were useful in their domain, but they didn't help you in

24  the other domain.

25    Q.    So what was the problem with the word

1  processor?

2      A.    Well, it was designed for character entry and

3  formatting, and it was really good at it.  Like I say,

4  I've used Word for years.  It's very good in terms of

5  being able to produce documents that look slick.

6          And unfortunately, at least up until Word

7  2003, Word was not designed for supporting people who

8  wanted to tag their document with XML tags so that you

9  could know what the data in your document meant.

10     Q.    And what was the problem with an XML editor?

11     A.    It was designed around the XML standard.  It

12  was designed to let you enter content and enter tags and

13  say I want this tag to apply from here to here, but it

14  lacked the -- the document presentation flexibility that

15  you got with the Word processors that were available at

16  that time.

17     Q.    Now, did Microsoft and Microsoft's customers

18  recommend -- recognize the disadvantage of these two

19  options before Word 2003?

20     A.    They surely did.

21          Here's a presentation.  It's one page from a

22  PowerPoint -- at least it appears to be a PowerPoint --

23  one page from a slide presentation, and it was authored

24  by two gentlemen, Brian Jones and Martin Sawicki, in

25  2002.

1          It's entitled -- I think the presentation is

2  titled XML in Word 11.  And I probably should say

3  something about that name.

4      Q.    Go ahead.  What is Word 11?

5      A.    Word 11 was the internal name, as I

6  understand it, that was used at Microsoft for what is a

7  product that's called Word 2003.

8          And just to finish the path, the Word 2007 is

9  also called Word 12, and it's part of what's in each

10  Office 11 for 2003 and Office 12 for 2007.

11      Q.    And how did they recognize the problems of

12  the two options -- how is Microsoft recognizing the

13  problem with the two options you talked about just a

14  minute ago?

15      A.    Well, in this presentation, Mr. Jones says

16  that the key customer challenges that we have are

17  growing demand for XML authoring, and he commented, as I

18  did earlier, that information is locked inside of a

19  binary file.

20      Q.    What does that mean, binary file?

21      A.    The binary file is the proprietary format

22  that Microsoft Word uses for itself, and it's not the

23  kind of format that allows other programs to search

24  through and find, for example, tags and things like

25  that.

1          It -- it made it difficult for someone

2 writing software, other than Microsoft, to understand

3 what kind of information was in that file.

4     Q.    And so what does this slide say about XML

5 editors?

6     A.    He said there's no good user-friendly

7 third-party XML editor.  He mentions XMetal,

8 Arbortext -- that's two of them.  Then he pointed out an

9 interesting thing:  That Microsoft's own content groups

10 using XMetal wishing for XML and Word and other

11 Microsoft applications.

12     Q.    Okay.  So what did Microsoft do then with

13 Word 2003?

14     A.    Well, for the first time, they offered a

15 version of Word that supported XML.  And there really

16 are two flavors here.

17          There's an internal flavor that Microsoft

18 developed that uses XML terminology with brackets and

19 things to support the older kind of formatting concepts

20 that they had already dealt with when they came up with

21 RTF.

22          And then they also, for the first time,

23 provided the capability for their customers who were

24 using Word to generate their own schema, their own set

25 of tags that they would like to use, things that

1   Microsoft didn't control, didn't know about, didn't

2   understand.

3            And Microsoft referred to that additional XML

4   as Custom XML, because it was unique to their individual

5   customers.

6        Q.    Have you noted any other names that Microsoft

7   uses for Custom XML besides Custom XML?

8        A.    I think I've also seen it in some e-mails

9   referred to as Arbitrary XML.

10            MR. CAMPBELL:  I'm going to back up for

11   just a second and note for the record that the slide we

12   were talking about is PX395.

13        Q.    (By Mr. Campbell) Okay.  Did Microsoft

14   initially, when they started down this path to turn Word

15   into an XML editor, know how to do it?

16        A.    Well, they didn't think they did.  Here's a

17   slide from Stephen Sinofsky, the gentlemen we saw

18   earlier, making a comment about SGML Author for Word,

19   and in March of 2001, when they were beginning their

20   effort to produce an XML version of Word, he said, I

21   don't think we have any ideas on how to do this for Word

22   and that -- you can see the subject is a serious XML

23   editor.

24        Q.    Okay.

25            MR. CAMPBELL:  That's PX270.

1     Q.    (By Mr. Campbell) Did Microsoft think that it

2   was going to be hard to turn Word into an XML editor

3   when they started doing this in -- started developing

4   Word 2003?

5     A.    Yes.  Here's a document that's actually kind

6   of at the end of the trail.  It's written by Martin

7   Sawicki in October of 2002.  And at this point, they,

8   basically, have gotten a working version of Word 11 or

9   Word 2003.

10          But looking backward, he said, when we were

11  starting planning for Word, we thought, if we can get as

12  far as just saving a Word document as XML, that would

13  already be a major accomplishment, since building

14  support for arbitrary schemas from scratch is extremely

15  different.

16    Q.    What does that mean, Dr. Rhyne, saving a Word

17  document as XML?

18    A.    Well, I mentioned that they had a proprietary

19  binary format in Word already.  They had the RTF format

20  already.  But neither of them represented the

21  information just in the document, including the words

22  and the formatting or presentation in a form that was in

23  compliance with the SGML or XML standard.

24          It didn't come out with the brackets and the

25  tag names and all of that kind of information to tell

1  you, for example, where to start bold or where to start

2  and stop italics.

3           And what Mr. Sawicki is saying, we thought if

4  we could just do that, if we could make the formatting

5  aspect of our document be something that we could store

6  away in an XML-compliant form, that would be good for

7  everybody.  They could then write their own programs.

8  And while -- whereas they can't read the binary form,

9  they could read this XML form.

10     Q.    So what is he talking about when he mentions

11  arbitrary schemas?

12     A.    He's talking about that ability for a

13  customer to come in and add additional XML-compliant

14  tags, if you will, that the customer understood, but

15  Microsoft didn't understand.

16           They knew how to -- their goal was to figure

17  out how to be able to save XML tags that Microsoft

18  defined.  That was their target.  In fact, they called

19  that Word ML.  They've got it -- they've got a set of

20  that XML.

21           But he's saying, if we open the door to

22  customers to come in and define their own XML tags,

23  that's going to be very difficult.

24     Q.    So looking backwards, how does he sum up?

25     A.    He says -- here it is in October of 2002.  He

1  said just the fact that we can insert arbitrary XML tags

2  into Word docs -- documents and validate them today is

3  way beyond what we were dreaming of is feasible in Word

4  11 when we were starting -- getting started back in

5  March of 2001.

6      Q.    All right.  And, Dr. Rhyne, I think you've

7  been in the courtroom today.  Can you remind us when

8  Microsoft and i4i first met in Washington, D.C.?

9      A.    It was April the 18th and 19th of 2001, I

10  believe.

11          MR. CAMPBELL:  And for the record, this

12  is PX44.

13      Q.    (By Mr. Campbell) So did it become important

14  for Microsoft to solve this problem of using Arbitrary

15  or Custom XML in Word 11?

16      A.    Well, that's what the community wanted.  And

17  this is a press release that was formatted in kind of

18  like a question and answer with Mr. Paoli.

19          And so this press pass was as if it were

20  someone who is asking this question:  Why is Microsoft

21  so extensively supporting XML in Office?

22          And Mr. Paoli said, With Office 11, we are

23  addressing a fundamental concern that we have heard over

24  and over again from our customers.  Too often,

25  business-critical information ends up locked inside data

1  storage systems or individual documents forcing

2  companies to adopt inefficient and duplicative business

3  processes.

4          And that's like having somebody manually read

5  all those home security reports as an example of

6  something that would be duplicative.

7          MR. CAMPBELL:  That's PX81.

8      Q.   (By Mr. Campbell) So was adding Custom XML

9  support a big change for Microsoft?

10     A.   Yes, it was.

11         Mr. Paoli, again, in writing about Office

12  2003, also known as -- within that is where we get Word

13  2003 or Word 11.  He's describing the new document

14  model, and he says, Our customers' schema at the center

15  is a fundamental shift.  Data, not presentation.

16         And then he goes on to say, This is a

17  break-through for the masses, a new way of thinking

18  about documents with Office 2003.  It's a new document

19  metaphor, bridging the gap between documents and data.

20         MR. CAMPBELL:  And that's PX80.

21     Q.   (By Mr. Campbell) So how did Microsoft add

22  Custom XML support to the existing Word program?  And I

23  know we'll talk about this in detail, but just in

24  general, how did they do it?

25     A.   Well, it turns out, having, between myself

1   and David Martin, studied the way that they actually

2   implemented this goal of having Custom XML available

3   first in Word 2003 Pro and later and now in Word 2007,

4   they took the letter -- and here's another example that

5   Dr. David Martin made up.

6           This was sort of like a form letter that a

7   library would send to one of the friends of the library

8   members, maybe to tactfully remind him that he had a

9   book overdue or something.

10          And this letter has XML in it.  It identifies

11  the member ID, the date, the salutation, the content,

12  and it says, Please replace this.  So you would go in

13  and type whatever you wanted the message to be.

14          And then you have a postscript that says,

15  Don't forget to attend our library sale, and you end up

16  with the body in the overall letter.

17          And so what the Microsoft system does, with

18  its operational data structures, is to separate that

19  content from the tags, the marking up of the document.

20          And so the way it works, on the right-hand

21  side, they make mapped content.  They go in and produce

22  a set -- a memory data structure that has the content of

23  the document in a form that has mapped it out.

24          And associated with it, they have a metacode

25  map to use terminology from the patent claims.  And that

1  map lists the metacodes, the -- also known as the XML

2  tag names.  It maps the metacodes back to the content on

3  the other side.

4          So there's a link to tell you where the

5  metacodes apply, and as a result, it defines the

6  structure of the document.

7      Q.    Well, we should probably get into that in a

8  little more detail.  Do you have a diagram that --

9          THE COURT:  Counsel, let's go ahead and

10  take our afternoon break at this time, I think.  Is this

11  a good stopping place?

12          MR. CAMPBELL:  Yes, Your Honor.

13          THE COURT:  All right.  We've been going

14  for almost two hours now.  We'll take our afternoon

15  break, Ladies and Gentlemen of the Jury.  We'll be in

16  recess until 3:30.  Please remember my instructions, and

17  we're in recess.

18          COURT SECURITY OFFICER:  All rise.

19          (Jury out.)

20          (Recess.)

21          THE COURT:  Please be seated.

22          All right.  Very well.  You may continue.

23          MR. CAMPBELL:  Thank you, Your Honor.

24      Q.    (By Mr. Campbell) Okay.  Dr. Rhyne, before

25  the break, we talked generally about how Word supports

1  custom XML.

2          Do you have a diagram that illustrates how

3  Word supports custom XML in computer memory?

4      A.    I think you have a slide of it here.

5          This is a portion of the diagram that was

6  originally produced, based on Dr. Martin's analysis of

7  the source code.  I think in this particular case, it's

8  Word 2007.

9      Q.    And do you have the same -- the complete

10 diagram there next to you on poster board?

11     A.    I do.

12     Q.    Would it be helpful to explain to the jury

13 what this depicts?

14     A.    I hope so.

15          MR. CAMPBELL:  All right.  Your Honor,

16 would it be alright if Dr. Rhyne left the witness chair

17 and explained from the poster board?

18              THE COURT:  Yes.

19          MR. CAMPBELL:  We've blown this up to

20 3-X-4, but it's still a little hard to see.

21          Your Honor, could we move this closer to the

22 jury out in front of the witness box?

23              THE COURT:  Yes, you can.

24          MR. CAMPBELL:  Okay.  Thank you.

25     Q.    (By Mr. Campbell) Okay.  Dr. Rhyne,

1  generally, what does this diagram show?

2      A.    It shows a sequence of linkages that organize

3  the data -- it shows -- is that on?

4          It shows the linkages that organize the data

5  that's produced in memory by Word 2007 when it's

6  processed a document that had originally a mixture of

7  content and XML tags.

8          And related to what we had on the previous

9  slide, it shows the two separate parts, the mapped

10  content and the map of metacode and how the data

11  structures that collectively define those aspects of the

12  operation of Word 2007 open.

13      Q.    Okay.  Well, let's start with what we started

14  with with our animation, the mapped content.

15          Do you see the mapped content in this

16  diagram?

17      A.    I do.  And we created -- your graphics guys

18  created some clever little magnetic thingies that mark

19  this off.

20          And the key term in Microsoft's software

21  terminology, they call this collection of letters and

22  symbols and numbers a CP stream, which, as I understand

23  it, stands for character position stream.  And this is

24  where the content goes after a document has been loaded

25  in and open, as it's commonly said, by Microsoft Word

1   2007.

2            And this is what Dr. Martin found when he did

3   that little example document with the library form.  And

4   you can see that I've marked it, and I'll use it as a

5   specific example.

6            Here's where the member ID is; then if you

7   can read this, August 19, 2008, this is where the mapped

8   content holds the date.

9            Here was the gentleman's name, Mr. Burnett;

10  please replace this, was the body; don't forget, et

11  cetera.

12           And you can see looking at this that none of

13  the tags are there.  That's why the separation has taken

14  place, but you have your content along with some control

15  characters.

16      Q.    So is this CP stream the mapped content?

17      A.    Yes.

18      Q.    Okay.  Where is the metacode map?

19      A.    Well, at the top level, it's shown in a data

20  structure that -- oh, excuse me.

21           At the top level, it's shown in this data

22  structure here, which I'll note this was placed here by

23  Dr. Martin.  He said that he has merged together some

24  structures for display purposes.  But, basically, it has

25  a column that has what are called the character position

1  first, CP first numbers.

2          It has the second column that has the

3  character position limit, which is the ending --

4  actually, it's one space higher than the ending.  This

5  tells you where something starts, and one count higher

6  than where it ends.

7          And this is the map of metacodes, although

8  the data structure itself is formed by linking in other

9  hierarchical data structures.

10          And if it's okay, I'd like to just kind of

11  trace this all around using the member ID as an example.

12      Q.    Okay.  Please do that, yes.

13      A.    Okay.  Now, this -- this green box right here

14  (indicates), Dr. Martin used what some people call

15  blowout or magnifying glass.  It's a little hard to see,

16  and I think when I put this on -- on top of this figure

17  in my report, I actually kind of covered it up.  But I

18  have moved it over a little bit so you can see what he

19  meant by this.

20          He says an expanded view of structure in the

21  field.  Each one of these rows you can think of as if it

22  were a field.  And there's several pieces of

23  information, one of which is this unlabeled box that

24  serves as what in computer science is called a pointer.

25  And that's like an address.

1          If you said, you know, my house is at 8407

2     Horse Mountain Cove, I've given you a specific place to

3     go.

4          And that pointer points to another unlabeled

5     location, which is in the second data structure.  This

6     first data structure -- and Dr. Martin can actually come

7     in and read these things in a way that I have not

8     mastered yet.

9          This is an SDTIX name.  This is an instance

10    of that structure.  And a structured data tag

11    something -- I can't remember what the IX stands for.

12    And it then points to another instance of structure

13    called an SDTI.  And one of the fields in that is called

14    the tag index qualified.  It points to something that at

15    least Dr. Martin and I call a TIQ.

16         These are all the names that have been

17    assigned to these different variables within -- by the

18    programmers at Microsoft.

19         And that location actually, when you blow it

20    up, has two pieces, one of which is an identifier of a

21    particular place down here, a schema, that I will point

22    to.  And the other, which is an element index, a TIQ.

23    And you can see in this case -- and I'm dealing with

24    what's down here in the mapped content in yellow.  This

25    is the member ID.

1    And let me just work across it, and then I

2 will finish up the rest of the green.

3    This numerical value says go to the second

4 character position in the mapped content stream.

5    Computer people start with zero.  They always

6 count from zero.

7    And here are a couple of control characters.

8 There's an anchor character and what appears to be a

9 paragraph character and another anchor character, these

10 little Vs.  So if I start 0, 1, and 2, that denotes the

11 anchor character that's immediately ahead of the actual

12 content of the member ID.

13    And then the 9 -- if you count 0, 1, 2, 3, 4,

14 5, 6, 7, 8, 9, that puts you here (indicates), which is

15 the position just past the end of the marked member ID.

16 So these two members are going to tell you where it is.

17 This pathway is going to tell you what it is.  And the

18 way you read this is you say, out of all the possible

19 schemas, it turns out a document that may have more than

20 one schema.

21    If you follow this dotted line down here,

22 that 0 means I'm talking about Schema No. 0.  So if

23 you've got a Schema No. 1, 2, and 3 -- if you have

24 one -- those are not the ones I'm pointing to.

25    I'm pointing to this schema, which then has a

1 pointer that points to an instance of the XSDR

2 structure, which points to a particular location that's

3 called example.com, et cetera, for the letter, which is

4 where further information is stored.

5       And here is the elements location in that

6 instance, and it then points to this list.  And this

7 list, which is created by Microsoft Word 2007, has all

8 of the metacodes, tag names, including member ID.

9       And the way they identify the fact that this

10 thing that goes from 2 to just ahead of 9 as being

11 member ID is they say, go find the 0 schedule -- schema,

12 work your way over to it, and look for the fourth

13 element.

14       So, again, counting from 0:  0, 1, 2, 3, 4.

15 When you trace out the larger data structure formed by

16 this pathway with all of these individual data

17 structures, you find out that in this map of metacodes,

18 from 2 to 1 less than 9, you've marked them as being a

19 member ID.

20       And if there were another instance of a

21 member ID in there, there would be another row with

22 wherever that one was.  But if you trace this out, you

23 can work your way through, and you can find that there

24 are instances of all of the different metacodes, to use

25 that term, that are in the document, when it was

1  originally read in that, had been placed in that map.

2      Q.    You seem to trace through all of the green

3  boxes there.

4          Is there a significance to the boxes being

5  green?

6      A.    It is the way Dr. Martin represented the

7  pathway.  In his report, he picked this one example,

8  tracing his way through from the beginning to the end of

9  the member ID.

10         And it's that pathway that says between 2 and

11  1 less than 9, that's the member ID as opposed to being

12  letter body or date or salutation.  Those have their own

13  numerical links.

14     Q.    So for the record, what is the map of

15  metacodes made up of?

16     A.    It's made up of the information in the CP

17  first column, in the CP limit column, and the

18  information collectively that's shown through this

19  pathway that traces around with a great deal of

20  generality.  They basically left themselves

21  opportunities, for example, to have multiple schemas.

22  But when you work through this with the specific values

23  that have been stored in each one of these locations, it

24  unambiguously identifies in the mapped content the fact

25  that between these two numerical positions, that's a

1   membership ID.

2           Second, that information is not here; it's in

3   this data structure.

4       Q.     The member ID is the tag name?

5       A.     It's the tag name, also a metacode.

6       Q.     You talked about the list of possible tag

7   names there.

8           Is that -- is that -- is there a need for

9   something in terms of the patent for that area down

10  there on the bottom right?

11      A.     Right.  We'll see this terminology in one of

12  the claims, maybe in a couple.  But there's a term

13  called a mapped -- excuse me -- a menu of metacodes.

14  And I'll show later on, when I'm dealing with my opinion

15  of infringement, that this information can be -- it is

16  presented to the user of Word 2007 as a menu.

17          This is where that information comes from.

18  This is the source right here of where that menu of

19  metacodes comes from.  It's Schema No. 0, pointed to by

20  this.  And here are all the metacodes that have been

21  used.

22          And this in particular -- if this had been

23  a 5, it would have been pointing to a postscript, or a 3

24  would be pointing to a letter.

25      Q.     Let me deal with a couple of things.  You

1    were here for opening statements, were you not?

2         A.    Yes.

3         Q.    Did you hear Microsoft's attorney suggest

4    that you attempted to obscure something with the red box

5    for the map of metacodes?

6         A.    That may be a strong way of saying it.  He

7    certainly had something to say.

8              In his figure, he cut out this piece right

9    here (indicates).  And, again, I think the way I drew it

10   in my report, this red was setting on top of the

11   magnifying glass, and perhaps that's what he meant.

12   But this is what's in my report, and it originated in a

13   similar report filed by Dr. Martin.

14        Q.    Did Dr. Martin's report have the red box

15   showing the map of metacodes?

16        A.    No.  As I said earlier, Dr. Martin had

17   nothing to do with comparing what he found when he

18   analyzed the software to the actual claim language.

19             And terms like map of metacodes, menu of

20   metacodes, and mapped content, those are terms from the

21   claims.  That was -- my responsibility is to work with

22   him to develop an understanding of how the software

23   actually built this structure and then to relate that

24   structure to the claims.

25             If I hadn't found a match, I wouldn't be here

1  asserting infringement, but I believe that I have.

2      Q.    So Dr. Martin's report has a version of this

3  figure without the red magnet boxes that you've put on

4  today?

5      A.    That's correct.  I took his figures and added

6  those boxes as indications of how I believe I had

7  found -- I have found the presence of the claim

8  structural requirements in the actual structures with

9  the Microsoft software.

10     Q.    Let's move up a little bit.  And can you tell

11 me to one of ordinary skill in the art what the boxes

12 that are leading into the metacodes -- what do those

13 mean?  It's kind of an alphabet soup up there.

14     A.    You talking about this guy here (indicates)?

15     Q.    Yes, sir.

16     A.    Again, I'm assigning my understanding of what

17 this acronym means.  Somebody referred to this as

18 Hungarian notation; in other words, each letter has a

19 meaning.

20          And this is a bookmark data structure, an

21 instance of something that Microsoft has previously

22 created called a bookmark data structure.

23          But you can see there's something here called

24 HPLCBKF.  Again, Dr. Martin probably can parse that out.

25 Some of it I know.  I know that this H means that the

1  value of this stored here is a handle.  That's a

2  computer science term.

3           And I realize I may be one of the few people

4  who will fully understand what a pointer is.

5           But a handle is a pointer to a pointer.  So

6  it points you somewhere.  And when you get there, it

7  says I'm going to point you somewhere else.  It's double

8  and direct point.

9           And this F over here is for the first, and it

10 says, if you want to know where these first values are

11 stored for each one of the metacodes that we find of

12 relevance to the mapped content, you follow this path.

13          And Dr. Martin just illustrated it with a

14 dotted line, and I think he said this was some other

15 form of reference.  He used solid lines, I think, for

16 true pointers.  This is a handle.

17          Here's another handle, and it goes to F for

18 first.  And so it's pointed down here to the second

19 column that -- this is another piece of the high-level

20 data structure that has the limit values.

21          And I think this is, I believe, the content

22 guide, and it begins at the beginning and it ends at the

23 end.  So it has the largest span of values.

24          And then the third piece up here, which is

25 labeled in green, which, collectively, is a part of the

1  map of metacode data structure, is called the HSTTB,

2  which was the term that Dr. Martin found that I

3  identified in my analysis as being the way to reach the

4  map of metacodes from within this instance of the

5  bookmark data structure.

6      Q.    To one of ordinary skill in the art, is there

7  anything missing in this diagram between the bookmark

8  data structure and the metacodes?

9      A.    Well, I guess it depends on the level you

10 want to talk about, okay?  There's actually -- I said it

11 was a handle.  There's actually an unnamed pointer box

12 here, and the first guy points here, and the second guy

13 points there (indicates).

14          But I've used this drawing that Dr. Martin

15 made.  It's kind of like if you look at a map of the

16 state of Texas and you see Tyler and it's got a little

17 yellow map -- you know, it's just got a little piece up

18 here.  It doesn't show you every street and every

19 highway and the Loop and all that kind of stuff.  It

20 just says here's Tyler.

21          This is at a fairly high level.  If you need

22 to there are certainly -- in fact, I think Dr. Martin

23 did it.  He had -- he looked at the lower-level detail.

24 But for the purpose of this explanation, he said this is

25 important structures in an example SDT bookmark.

1          And so I think it's appropriate in this case

2     not to have shown it, and you'll notice that he did use

3     the dotted line to say that it was another form of

4     reference besides being a pointer.

5          Q.    Would one of ordinary skill in the art

6     appreciate that because that's a handle that there was

7     another box in there?

8          A.    Yes.  They would know that the handle is a

9     pointer to a pointer.

10         Q.    And just before you sit down, Dr. Rhyne, once

11    Microsoft Word opened an XML document, a custom XML, and

12    populates these data structures, is this what the user

13    will see on the screen?

14         A.    Yes.

15               Is it okay if I go back?

16         Q.    I think that would be good.

17               MR. CAMPBELL:  Your Honor, may I remove

18    the board to the side now?

19               THE COURT:  Yes, you may.

20         A.    Would you mind repeating your question?

21         Q.    (By Mr. Campbell) Absolutely.  No problem.

22    Once Word opens up the XML document and we see that what

23    you've gone through here on the board is what is in the

24    source code; is that right?

25         A.    What you've gone through with the poster

1    board here is what you learned from the source code?

2            Well, when the source code is executed, this

3    is a way in which the document can be viewed.  And over

4    here on this side, what I've got is the document with

5    the separated metacodes from the map combined back in at

6    the appropriate places, based on how they are pointed

7    into the mapped content.

8            And so you can see here's a letter up at the

9    top.  There's the matching letter at the end.  Here are

10   the two -- let's clear this out.  Here are the two --

11   the two that define -- define member ID surrounding the

12   23987 and so forth.

13           Then over on the right-hand side in this view

14   is kind of the architecture of the document, to use a

15   term from the patent itself.

16           And then I told you that that list over here

17   (indicating) allowed the creation of a -- of a set

18   available metacodes, which you can -- if you wanted to

19   mark -- for some reason, if you wanted to go in and put

20   seasonal library, or in this case, artwork, and say I

21   want to mark that as a date, that wouldn't make a lot of

22   sense.

23           But you can mark it in the editing window to

24   the big left and then click on date and say I want this

25   to be a date.  And the little purple things will show

1  up.

2      Q.    Okay.  So just contrasting what we've been

3  through here, on the easel is what you've learned from

4  the source code.  And on the projector at this point is

5  what the user would see on the computer screen --

6      A.    Right.

7      Q.    -- is that right?

8      A.    And I think it's fairly easy to tell that

9  simply looking at that picture on the screen, you don't

10  get any of this level of detail.

11          So if I have a copy of Word 2007 and I run it

12  and I look at this, I'm a long way away from being able

13  to form an opinion, pro or con, about infringement.

14     Q.    Now, on the poster board, we went through

15  these structures in Word 2007.  Is there any difference

16  in terms of your opinion in Word 2003?

17     A.    I think I can do this sitting down.  That

18  little -- maybe not.  I'm sure I don't need a microphone

19  for just this one moment.

20          This particular bookmark data structure

21  that's right here (indicating) is actually not separated

22  out of this document object description, I think is what

23  the DOD is, although Mr. Martin -- Dr. Martin is

24  probably cringing back there.  I might have that wrong.

25  But, basically, what they did before in 2003 is just had

 1  this information sort of squeezed in here and not

 2  separated out.  In terms of anything -- and then,

 3  really, that has nothing to do with my opinion of

 4  infringement.  It's just a difference in the

 5  organization of the data.

 6      Q.    Well, let's turn to Claim 14, and as we go

 7  through the claims, will there be -- will there be any

 8  reason to make any distinction between Word 2003 and

 9  Word 2007?

10      A.    No.

11      Q.    So can we just refer to Word collectively as

12  to 2003 and 2007?

13      A.    Right.  As long as you understand that for

14  2003, we're talking about two of at least the four

15  possible flavors.  We're talking pro and standalone and

16  maybe Enterprise.  But for 11, or 2007, we're talking

17  about them all.

18      Q.    Okay.  So where do we -- where do we start,

19  Dr. Rhyne, going through the first asserted claim,

20  Claim 14, of the '449 patent?

21      A.    This is the first time that, Ladies and

22  Gentlemen, you really have been asked to look at a claim

23  in detail.  So let me say a word or two about the

24  organization of claims in general and then deal with

25  this claim in particular.

1          You can see that they are paragraphs.  And I

2    think Judge Davis pointed you the other day to where,

3    toward the end of the patent, it says we claim, and then

4    he mentioned the numbered paragraphs.

5          This first part of the patent of each claim

6    is called the preamble, okay?  And what this preamble of

7    Claim 14 tells you is that this is a method for doing

8    something comprising.  And so within that method are

9    four, what are called steps.

10         We're going to be providing something,

11   providing something else, compiling, and then applying

12   what's providing again.

13         And so I'm going to deal with each of these

14   individually and explain to the jury the reasons why,

15   based on my study in conjunction with Dr. Martin, I

16   believe that the Word products from Microsoft meet each

17   of these -- they're called limitations.

18     Q.   Okay.  What does the preamble for Claim 14

19   require?

20     A.   It's a method for producing a first map of

21   metacodes and their addresses of use in association with

22   mapped content and stored in distinct map storage means,

23   the method comprising, and then there are the four

24   steps.

25     Q.   Okay.  Let's try to take that a little bit at

1  a time.

2          Did you find that Microsoft Word produces a

3  map of metacodes?

4      A.    Yes.  And in doing that, I used the Court's

5  construction.

6      Q.    Okay.  What is the Court's construction of a

7  map of metacodes?

8      A.    He said it is a data structure that contains

9  a plurality.  I'll stop there.

10          That's a term of the art, in writing patent

11  claims, that means two or more.

12     Q.    Okay.

13     A.    A plurality of metacodes and their addresses

14  of use corresponding to a mapped content.  So it's a

15  data structure that has the metacodes.  There needs to

16  be two or more.

17          And then it also has something called

18  addresses of use, which he has also defined.

19     Q.    Did you find any Microsoft document that

20  indicated that Microsoft Word produces a map of

21  metacodes?

22     A.    Well, they certainly -- I found documents

23  that refer to mapping.  For example, here they call them

24  the schema elements, okay, which are the things in the

25  schema that you can assign.  So that's the set of

1  metacodes that are available to you.

2          And here in a document called bringing XML to

3  the desktop, Microsoft said in Figure 2 above, the

4  schema elements and the task pane at right -- okay, so

5  we're talking about a figure that looks like this -- are

6  mapped to sections of the document.

7          And in this particular example, they had like

8  the doctor's name.

9      Q.    Okay.

10          MR. CAMPBELL:  That's PX57.

11     Q.    (By Mr. Campbell) Did you find any other

12  Microsoft documents that indicate that a map of

13  metacodes was created?

14     A.    I did.

15     Q.    Okay.  What do we see here on this slide?

16     A.    Okay.  Here it's a document produced by the

17  XML document editing task force.  They're referring

18  again to this on-screen representation.  And they say

19  the upper frame in the right screen shows all mapped

20  elements -- talking about this part right here

21  (indicating) -- contained in the document.

22          MR. CAMPBELL:  PX41.

23     Q.    (By Mr. Campbell) And do you have one more

24  Microsoft document that suggests that Microsoft produces

25  a map of metacodes?

1    A.    I found one other instance of them referring

2  to the elements of the schema as being mapped.  And in

3  this development solutions document, which is -- I'll

4  help you -- PX61 -- they said, by including support for

5  mapping custom -- customer-defined schemas into the

6  content of Word.

7          They're saying they're going to give you the

8  ability to map the metacodes that are in the schema into

9  the content.  That's the linkage that this operation

10  that Word supports.

11    Q.    You mentioned an address of use.  What is an

12  address of use?

13    A.    Well, the Court has given us a construction

14  for it.  He says it means a unique identifier which

15  defines the position of a metacode relative to a mapped

16  content stream and the place in the content at which the

17  metacode is to exert its effect.

18    Q.    Did you find that Microsoft Word uses an

19  address of use?

20    A.    It's exactly what you -- I was going to try

21  to do it, except you've already put that orange box

22  around it.

23          Those CP first, read that as character

24  position first, and character position limit define the

25  position of a metacode relative to a mapped content.

1          And if you remember, I actually counted you

2    across right down in this area (indicating) and showed

3    you that there's an anchor character, that little V,

4    immediately ahead of this particular row, which was for

5    member ID.

6          And it counted over to No. 9, which is one

7    position further than the member ID.  Then that's the

8    location of another anchor character right in the

9    ninth -- excuse me -- the eighth position.

10         And between those two, they define the place

11   in the mapped content, which is the CP stream down here,

12   at which that metacode is to exert its effect.  It said

13   these five characters surrounded by the anchor

14   characters and counted off from 2 and 1 less than 9,

15   that's the member ID.

16     Q.    Did you identify any other evidence that

17   Microsoft Word uses in the address of use?

18     A.    I did.  This was part of a deposition of

19   Mr. Little representing Microsoft.  And he was asked

20   about the -- he said, okay, so I think you said the

21   BMDS -- that's that yellow and green guy up at the top

22   left -- holds the beginning bookmark PLC and the ending

23   bookmark PLC.  That's the values.

24         Those are stored as CP, meaning character

25   position values, correct.

1          And he says -- I won't read you all the

2 letters, but that's -- he says both use CP values to

3 track positions.  He's referring to, for example, the 2

4 and the 9.

5      Q.    Doctor, what is a metacode?

6      A.    Well, again, the Court has given us a

7 definition.  He says it's an individual instruction

8 which controls the interpretation of the content of the

9 data.  It tells you what the data -- what the content,

10 like those five numbers, how they should be interpreted.

11      Q.    So in terms of those five numbers, what is

12 the metacode?

13      A.    The metacode is member ID.

14      Q.    So what is -- in general terms, is it the

15 custom XML tag name is a metacode?

16      A.    Yes.

17      Q.    Did you find any Microsoft documents

18 explaining that that is a metacode?

19      A.    Yes.  Here's a document entitled Microsoft

20 Office System and XML, subtitled the Value of XML on the

21 Desktop.  And it reads:  XML uses tags to define

22 specific elements within a document.

23          An element would be like 2, 3, 5, 7, 9, if I

24 read that right.

25          XML tags define the document's structural

1  elements and the meaning of those elements.  In other

2  words, they tell you how to interpret the content.

3      Q.   All right.  Did you identify --

4          MR. CAMPBELL:  For the record, that's

5  PX60.

6      Q.   (By Mr. Campbell) Did you identify any other

7  Microsoft documents that support your opinion that a

8  custom XML tag name is a metacode?

9      A.   Yes.  Here's Microsoft Office System and XML

10  Bringing XML to the Desktop.  And they wrote:  The key

11  here is that while HTML -- that's an earlier format only

12  markup language; it's sort of going down a different

13  path from SGML and XML.

14          While that markup language tagging describes

15  how to render or display data, this XML tag describes

16  the data itself.

17          MR. CAMPBELL:  That's PX57.

18      Q.   (By Mr. Campbell) Do we have one more

19  Microsoft document that supports your opinion that an

20  XML tag is a metacode?

21      A.   I believe so.  This is another Microsoft

22  document entitled About XML Documents in Word.

23  And it says:  For example, if the custom schema is for

24  resume data, the XML tags in the document will define

25  the structure of the document in terms of name, address,

1   work experience, education, and so on.

2           And what they're saying is that the schema,

3   which would be the set of available metacodes, would be

4   something that makes sense in the context of a resume.

5   And then within the actual resume, you would use those

6   metacodes to mark where the person's name was -- excuse

7   me -- where the address is, et cetera.

8       Q.    Okay.

9             MR. CAMPBELL:  That's PX390.

10      Q.    (By Mr. Campbell) I think I misled you a

11  little bit, because I think you have one more document

12  that supports your opinion --

13      A.    I thought I did.

14      Q.    -- that Custom XML tag names are a metacode.

15      A.    This is in a document entitled, The Office 11

16  Layperson Specification, and in a section entitled A

17  Quick Overview of the Basics...what is XML?

18           They say XML stands for extensible markup

19  language.  It is basically a technique for creating

20  structured data; in other words, data that is organized

21  in a manner that clearly and unambiguously identifies

22  each individual piece of information.

23      Q.    What does that mean, that XML is extensible?

24      A.    Well, it means that if I want to define my

25  set of metacodes for my resume or if I'm doing invoices

1  or if I'm doing medical information for a hospital, I'm

2  free to come in and give you the set of metacodes the

3  way I want them to be.  It's open to customer-supplied

4  or arbitrary metacodes, and, hence, as a result,

5  customer-supplied schema.

6      Q.    Preamble also requires that the map of

7  metacodes be stored in a distinct map storage means?

8      A.    Yes.

9      Q.    Did you find that in Microsoft Word, the

10 mapped metacodes are stored in a distinct mapped storage

11 unit?

12     A.    Yes.

13     Q.    How is that done?

14     A.    Well, you can see here that there's an area

15 in the memory of your computer, when you're running

16 Microsoft Word 2007, that is the mapped content.  And it

17 is separate from the other data structure that I've

18 traced out following the green pathway identified

19 originally by Dr. Martin.

20         Those are separate or distinct memory

21 locations that hold the mapped content in the lower left

22 and the map of metacodes in the -- from the middle left

23 around to the lower right.

24     Q.    So, Dr. Rhyne, did you find that the use of

25 Microsoft Word practices a preamble of Claim 14?

1     A.    Yes.

2     Q.    What is the next part of Claim 14?

3     A.    It's the first step.  And it says to perform

4 this method, you must -- providing the mapped content to

5 mapped content storage means.

6     Q.    Okay.  And did the Court define mapped

7 content and mapped content storage means?

8     A.    Yes.  They define the mapped content to mean

9 the content of a document corresponding to a metacode

10 map.

11          And they defined -- the Court defined mapped

12 content storage means, meaning a portion of the memory

13 for storing mapped content.

14     Q.    And does Microsoft Word have mapped content

15 storage means?

16     A.    Yes.  It's -- you have labeled it as yellow

17 here.  I used red on the magnetic stick-on.

18 That's the CP stream, and it is in a portion of memory

19 used for storing that mapped content.

20     Q.    So the CP stream is the mapped content?

21     A.    Yes.

22     Q.    Did you identify any other evidence that

23 Microsoft Word provides mapped content?

24     A.    Yes.  Here again is some of Mr. Little's

25 testimony.  He was asked:  Okay.  As Word reads in that

1  document -- meaning it reads it into the computer -- as

2  Word reads in that document, it places the content into

3  a content stream; is that correct?

4        Mr. Little's answer was yes.  If you -- if

5  we're referring to the binary in-memory document as

6  the -- if we're referring to its character stream as the

7  content stream, which is what I've done -- yes, he said.

8  Okay.  Is that referred to as the content stream within

9  Microsoft?

10        And he said:  Typically, we'll refer to that

11  as the CP stream.

12      Q.    So, Dr. Rhyne, did you find that Microsoft

13  Word provides the mapped content to the mapped content

14  storage means?

15      A.    Yes.  It moves it into that area of memory

16  that I've labeled as the mapped content and that

17  Microsoft refers to as the character position or CP

18  stream.

19      Q.    What is the next step of Claim 14?

20      A.    It says providing a menu of metacodes.

21      Q.    What -- what is a -- first of all, Dr. Rhyne,

22  what is a menu?

23      A.    I think you're familiar with menus.  If you

24  go -- I've been to, I think, four Mexican restaurants in

25  the week that I've been here.  My wife doesn't like

1  Mexican food, so I go when I'm on the road.

2          And each time they've given me their menu,

3  and it had a list of things that I could select.  And

4  that's what a menu is.  It's a common term.

5      Q.    Okay.  Now, did you find that the use of

6  Microsoft Word provides a menu of metacodes?

7      A.    Yes.  And let me be clear.  This is the data

8  structure in memory primarily including this link that

9  goes from Schema No. 0 up to the instance of the XSDR

10  structure over to this list.

11          And I've marked it as the menu of metacodes,

12  but the actual menu is what that data -- those data are

13  used to present on the screen.

14      Q.    Okay.  And what -- what does that present on

15  the screen?

16      A.    It's shown in the lower right-hand side of

17  this view from Microsoft Word 2007.  And if we blow that

18  up, you can see that at this point in the document, you

19  have available to you this three-element menu.

20          Let me erase that.

21          Okay.  Member ID, date, and letter body.

22          It's more of a mess...

23          And so that is the menu produced from the

24  original list that I showed over here.

25      Q.    Did you identify any Microsoft documents that

1 support your opinion that there is a menu of metacodes

2 provided?

3     A.    I found some.  Here's a document entitled,

4 About XML Documents in Word.  And to read it, it says:

5 When a custom XML schema is attached to a document --

6 let me stop for a moment.

7         That's what happens when I say this is a

8 resume, and I'm going to give you this list of possible

9 metacodes:  Name, address, experience.  That's what that

10 means.

11         When a custom XML schema is attached to a

12 document, the XML structure task pane provides a list of

13 elements that are defined in the schema.  You apply XML

14 tags to the document by selecting document content and

15 then choosing an element from the list.

16         And they're referring to that three-part

17 picture that we saw as the screen shot.

18     Q.    Okay.

19         MR. CAMPBELL:  For the record, that's

20 PX390.

21     Q.    (By Mr. Campbell) So, Dr. Rhyne, did you find

22 that Microsoft Word, using Microsoft Word, practices the

23 step of providing a menu of metacodes?

24     A.    Yes, it does.

25     Q.    What's the next step?

1       A.      It says compiling a map of the metacodes in

2 the distinct storage means by performing three steps.

3 It says locating -- or I guess I should say substeps --

4 by locating, detecting, and addressing the metacodes.

5       Q.      Did the Court construe what it means to

6 compile a map of metacodes?

7       A.      Yes, it did.  It basically laid it out as a

8 sequence of steps.  It said that that compiling a map of

9 the metacodes in the distinct storage means by locating,

10 detecting, and addressing the metacodes means creating

11 and storing a map of metacodes in the distinct storage

12 means by finding the positions of the metacodes in and

13 relative to an input content stream; recognizing,

14 identifying, or differentiating the metacodes from

15 content; and forming unique identifiers which define the

16 positions of the metacodes relative to the mapped

17 content stream and the places in the content at which

18 the metacodes are to exert their effect.

19      Q.      Okay.  I realize this may be a little

20 tedious, but can you describe how the compiling process

21 works in Microsoft Word?

22      A.      I can, based on the fact that David Martin

23 went through the software in great detail, and he and I

24 sat down and he walked me through this path.  And I have

25 taken from his report.  I've kind of reworded it into my

1  words, but I believe this is in exact compliance with

2  what he found in his original analysis.

3         Microsoft Word opens an XML document which is

4  the input content stream referred to over on the

5  left-hand side.  We'll see I've got the input content

6  stream right there (indicating).  And it processes it in

7  order, character by character, to find the content and

8  metacodes.

9         In so doing, it reads the input content

10 stream and looks for metacodes using the limiting

11 characters -- that's that horizontal V facing in both

12 directions -- as detection to identify and differentiate

13 metacodes from content.

14        Then it writes out the content and metacodes

15 to a temporary file, along with formatting information.

16 And that formatting information is information that

17 Microsoft Word puts in, using this thing I referred to

18 earlier as called Word ML.  It's a way of -- that they

19 have decided it's appropriate to put paragraph marks and

20 things into the original document.

21        Okay.  It then repeats Steps 1 and 2 for the

22 temporary file input content stream.  And if the input

23 document is of a certain type, it will basically work

24 through that document and create this temporary file.

25 It then goes back, in a sense, and detects start tag and

1  places the information about the start tag and the

2  character position of the start tag within the content

3  stream on what, in a computer sense, is called a stack.

4  It just means kind of like you stack plates, and you put

5  them on, and then you take the top plate off.

6          And that basically is referring to -- if, for

7  example, in the case of the member ID, that would be

8  finding that the member ID start tag in the original

9  document was in a certain location and it's going to

10 precede these five digits:  23987.

11         It then copies and stores the content in the

12 CP stream.  That's when it moves the 23987 down into

13 this CP stream, the mapped content.

14         Then it detects the end tag, which would be

15 the backside of the 23987 where it said bracket, slash,

16 member ID, another bracket, and it adds information to

17 the metacode map, including a reference to the tag name

18 and character positions of start and end tag.

19         It's basically saying that you put the 2, the

20 9, and the information which ultimately points to the

21 fact that this is a member ID range into the metacode

22 map, and then you repeat those Steps 4 through 7 for the

23 entire document.

24     Q.    Okay.  Dr. Rhyne, can you tell us what part

25 of this process satisfies the requirement of finding the

1   position of the metacodes in and relative to an input

2   content stream?

3       A.    I marked it with some yellow.  And finding

4   the positions of the metacodes in and relative to a

5   input content stream is associated with opening an XML

6   document, which its characters, including the metacodes,

7   are the input content stream, and process it in order to

8   find the content and the metacodes.

9       Q.    And what part of the process corresponds to

10  the recognizing, identifying, or differentiating the

11  metacodes from the content?

12      A.    Well, Step 2 does that.  It reads the input

13  content stream and looks for these little symbols in

14  order to detect and identify and differentiate the

15  metacodes from the content.

16          It recognizes because these little brackety

17  things are there, that that says member ID.  And then

18  there's the 23987 that is the member ID.  It can

19  separate those.

20      Q.    And what part of this process corresponds to

21  forming the address of use?

22      A.    Well, it really works out to be two of these

23  steps where they detect the start tag, okay?  And then

24  later on, they detect the end tag.  And using that

25  information and the tag name, they place information in

1   that metacode map that says there's a member ID that

2   ranges from 2 to 9.

3        Q.    When the user is opening their XML document,

4   could it be that the user starts at Step 4?

5        A.    It depends on the nature of the XML

6   document -- of that original document.

7             If the document has already been processed

8   and is in an XML format, then it can start at Step 4.

9             If it's what's called raw content or just a

10  regular, ordinary character that doesn't have that

11  Microsoft-defined word, ML, in it, then you do Steps 1

12  through 3.

13       Q.    Okay.  If you start at Step 4, do you still

14  perform Steps 1 and 2 as you read them off for how

15  Word compiles a map?

16       A.    I like the way David has explained it --

17  Dr. Martin has explained this to me on a number of

18  occasions.

19            They start in working their way through the

20  document, and if they find out that, hey, this is

21  already a bona fide XML document and they stop and they

22  jump down to Step 4 and then repeat the hunt for the

23  metacodes.

24            If they find out that it's just raw content,

25  it's not already been processed with Steps 1, 2, and 3,

1  they continue that process.  They produce the temporary

2  file, and then they start over and search through it

3  again.

4      Q.    Okay.  Describing this process was a little

5  wordy.  Did you -- did you provide -- did you create an

6  animation to try to show how this process works?

7      A.    I did, and it's pretty complicated, okay?

8  But let's see.  I hope this will help.

9      Q.    Let's play the animation and see if you can

10 describe it.

11     A.    Here's the document.  We're going to -- I'm

12 going to show you what it does when we fill out the

13 metacode map and move the information in the original

14 documents, which has both metacodes and content into the

15 map content.

16          So we found letter.  They put that on the

17 stack, and you'll see they're kind of built up.  Then

18 they found -- there was the beginning of a member ID.

19          They put some control characters down in the

20 bottom to identify these little anchor kind of things.

21 And then they came in and said, well, let me move the

22 23987 into the mapped content and keep looking.  And

23 then they found the end of the 23987, and it put these

24 two anchor characters, the left and right V's.  And it

25 put on the metacode map -- and notice it says 1 to 8,

1  not to the 9.

2         So it hasn't really finished everything, but

3  it's got from 1 to 8 as a metacode.  Then they find the

4  date, and they put August 19, 2008, down in the mapped

5  content, because that is the date.

6         When they find the ending part of the date,

7  then they can come in and resolve the date and say, from

8  9 to 26, there's a date, and there are the characters in

9  the mapped content.

10         Then they say we are working on a letter

11  body.  We're inside of that, and now inside of the

12  letter body, I have a salutation:  Dear Mr. Burnett.  We

13  move those letters down into the mapped content.

14         When we find the end of the salutation, we

15  can put them in the metacode map from 28 to 47.  It is a

16  salutation.

17         Now we've got the content -- and, remember,

18  it was just dummy content.  It said please replace this.

19  So that goes into the mapped content down at the bottom.

20  When we find the end of the content over here, we're

21  going to -- now we can say it goes from 48 to 69, and

22  that's where the content is.

23         We now find the beginning metacode for the

24  postscript.  We work all of that in.  It's very lengthy.

25  So it's started at 70, and when we get all through,

1  we're going to find out that I hit the end of the

2  postscript, and I can now put another row in the map,

3  okay, from 70 to 204.

4          I now have an end for the letter body.  And

5  that's why I said this was a stack over here, because

6  now I can pop it off.  The stack is closed.  And I can

7  then put the letter in at the appropriate place, and I

8  have to move it into the right spot so that the CP first

9  numbers stay in order.

10          And then I hit the end of the letter, the

11  metacode that says that's the end of the letter, and,

12  boom, now I have the map.  That was the process that the

13  software actually goes through.  That's pretty fast and

14  pretty complicated.

15          But this last step, which puts the letter,

16  the bracketing first and last markers, is the one that

17  pushed in a row at the top, and all of a sudden -- you

18  probably missed it.  That 1 and 8 became a 2 and a 9,

19  and we added one up, because there was a character that

20  was -- I can do that better.

21          There was a character that was added to the

22  very front as the anchor character for the overall piece

23  of mapped content.

24      Q.    Would there have been any formatting command

25  codes in this document?

1      A.      Not at this point, no.

2      Q.      At the point of just before it starts

3  creating the map in our compiling process, would there

4  have been formatting commands that were added to the

5  document?

6      A.      Well, these little paragraph markers are

7  something that they've placed in here that carry

8  information, but the original document did not have any

9  format.  They were inserted into the mapped content as

10  the appropriate -- they look like paragraph symbols.

11      Q.      Part of this process in Step 3, you explain

12  this was a temporary file with format information?

13      A.      Right.  I have not shown the temporary

14  file.  I just moved directly to the result of having

15  created the temporary file.  So if it's there, it's

16  just not shown.

17      Q.      So you didn't show the formatting code --

18  command codes in the animation?

19      A.      No.  Those are proprietary motor -- I'll do

20  it again -- proprietary Microsoft codes, and I just

21  omitted them from the animation.

22      Q.      Microsoft Word will read those command codes

23  and process them as appropriate, correct?

24      A.      Yeah.  It won't put them in the metacode map.

25  It processes them in an entirely different way.  And

1  they do not show up since the metacode map will have the

2  arbitrary schema of metacodes.

3       Q.    So, Dr. Rhyne, did you find that when

4  Microsoft Word opens an XML document with Custom XML,

5  that it compiles a map of the metacodes in a distinct

6  storage means by locating, detecting, and addressing the

7  metacodes?

8       A.    Yes.

9       Q.    What's the next step of Claim 14?

10      A.    It's providing the document as the content of

11 the document in the metacode map of the document, these

12 two pieces.

13      Q.    And what did the Court say is the definition

14 of providing that document as the content of the

15 document in the metacode map of the document?

16      A.    For this part of Claim 14, this gave an

17 alternate.  It said it can mean providing the document

18 as a single composite document with the metacodes and

19 the content together or providing the document as two

20 separate discreet elements, specifically the content of

21 the document and a metacode map of the document.

22      Q.    Did you find that Microsoft Word provides the

23 document?

24      A.    Yes.  I have shown here we've got that map of

25 metacodes.  This is the separate approach where I've got

1  the mapped content in yellow and the map of metacodes in

2  memory in red.

3      Q.    Okay.  Does Microsoft provide other ways of

4  providing the document?

5      A.    Yes.  When I decide to save a Word -- a

6  document in Word, I have a variety of choices.  And this

7  is the set of choices I had in Word 2003.  There is a

8  form called the worddocument.doc.  It's right here

9  (indicating).

10          Like if the name of it is, this is my

11  document, you put a period, and it will have a D-O-C at

12  the end of it to tell everybody who looks at the

13  document that it's of this particular type.  There's a

14  related one that called a dot, D-O-T, template.

15          Those, when you save them in the file form,

16  they are a binary file format, and they keep the

17  metacode map and the content separate.

18          There also is a merge representation, which

19  was introduced in Word 2003, which is a dot XML, okay?

20  And that is a composite structure.

21          Then there are two others we talked about,

22  rich text format and web page, but, basically, the

23  first -- the Word document, the dot doc and the XML

24  format, dot XML, are each ways of doing it separately

25  and compositely.

1        Q.     And that's for Word 2003?

2        A.     Yes.

3        Q.     How does that work for Word 2007?

4        A.     They got a bigger set of stuff, okay?  They

5    introduced a new style of document that can be saved

6    that's called a doc X.  They added an X to it.

7    And then they have a macro-enabled version of that

8    that's doc M.  They have a template that's dot, D-O-T,

9    X, a macro-enabled template, et cetera.

10            All of these up at the top are of the type

11    that keep them -- keep the metacode -- metacodes and the

12    content together into a composite representation.

13            They still have the Word document with the

14    doc X and the template and the others at the bottom,

15    where the Word document maintains it as a separate.  If

16    it's a dot, D-O-C, or doc, in the binary file format,

17    they're still separate.

18        Q.     So I notice there's six different XML files

19    formats listed here for Word 2007.  Why did you

20    highlight the first one, the dot doc X?

21        A.     It's what's called the default format.  If

22    you don't specify something else, if you just open up

23    Word and start typing a document, then you just say save

24    it, I want to close it out, and I'll open it up tomorrow

25    and work on it some more, it will be saved as a dot doc

1  X, D-O-C X.

2           And if you go back one, I think I marked the

3  fact that in Word 2003, the separate representation in a

4  binary file format, the dot D-O-C was the default.

5      Q.    So that's a lot of different file formats.

6  What file formats would you expect that people that use

7  Custom XML are going to use?

8      A.    If you go to the trouble in working on your

9  document to attach a schema and mark all those

10  metacodes, I believe they will tend to use either -- I

11  think they will use that dot XML, or in the case of Word

12  2007, they'll use doc X, one of the forms that give you

13  the composite document representation that's not in a

14  proprietary binary file format from Microsoft.

15     Q.    So people who use Custom XML will use an XML

16  file format?

17     A.    I think that's the one -- that's certainly

18  the one that I've picked for the examples that I've

19  done, because it preserves all of the metacodes in the

20  appropriate places in one file that's easy to read when

21  you try to address that file with a different

22  application program.

23     Q.    And so does your opinion regarding Claim 14

24  assume that people that are using Custom XML are using

25  an XML file format?

1      A.     Yes.

2      Q.     Does Microsoft provide any instruction to

3  users to use a particular file format with Custom XML?

4      A.     If they have an XML document, their help

5  information tells you that -- you can see it here --

6  Note:  XML features, except for saving documents as XML

7  with the Word XML schema -- that means except for

8  documents that use the proprietary Microsoft schema --

9  are available only in Microsoft Office Professional,

10  et cetera.

11          And the list of what to do to save those

12  kinds of documents.  That would be documents that have

13  Custom or Arbitrary XML.

14          On the file menu, click save as.  In the

15  save-as-type box, click XML document, which means it's

16  going to get a dot XML at the end of it.  In the file

17  name box, type the document name.

18          If you've attached a custom schema to apply

19  XML tags and want to discard all the Word stuff, meaning

20  the Microsoft proprietary, you can even save it as a

21  saved data only, and then it will only have your stuff

22  in it.

23      Q.     And for Word 2007, the default format is an

24  XML file format?

25      A.     Yes.

1    Q.    Why did Microsoft move to an XML format as

2  the default?  What was the problem with the old binary

3  format?

4    A.    Well, they actually explained that in this

5  document entitled Introducing the Office 2007:  Open XML

6  file formats.

7          The writer said, Likewise, with the adoption

8  of support for XML in Microsoft Office 2000, developers

9  began to see the need to transition from the binary file

10 formats seen in previous versions of MS Office to the

11 XML format -- they identify it here.  They say binary

12 files, dot D-O-C, dot D-O-T.  These others are for

13 applications other than for Word.  So for Word, it's dot

14 D-O-C and dot D-O-T -- which for years did a great job

15 of storing and transporting data, were not able to meet

16 the new workplace challenges that included easily moving

17 data between disparate applications and allowing users

18 to glean business insight from that data.

19          So this is a recognition by Microsoft that

20 while the dot doc and dot D-O-T worked well, as long as

21 you're staying within the Microsoft world, that if you

22 want to move data to other applications, and you want to

23 be able to find the business insight in the documents,

24 they needed something else.

25    Q.    Is that contrary to the purposes of XML?

1   A.   No.   That's -- I'm not sure what you mean by

2   that.

3   Q.   What are the purposes of using XML?

4   A.   To be able to identify in the document itself

5   the meaning of the data represented in the content, what

6   those characters mean, and express it, when you save it

7   out in a form that somebody other than a Microsoft

8   application can read it and understand it, so you can

9   get that business insight.

10   Q.   So the binary file formats wouldn't work for

11   that purpose?

12   A.   They make it very difficult.   In fact, for a

13   long period of time, they were totally proprietary and

14   unknown outside of Microsoft.   But even though it's my

15   understanding they've now given some insight into it,

16   they still make it very difficult for a non-Microsoft

17   application to search through them and find the

18   information.

19   Q.   Okay.   So, Dr. Rhyne, did you find that using

20   Microsoft Word provides the document as the content of

21   the document and the metacode map of the document?

22   A.   Yes, I did.

23   Q.   So just to wrap up, in your opinion, did Word

24   2003 and Word 2007, opening an XML document with Custom

25   XML, do they -- does that satisfy the requirements of

1    Claim 14?

2         A.    Yes.  It meets every limitation.

3         Q.    Now, Dr. Rhyne, you were here for opening

4    statements, right?

5         A.    Yes.

6         Q.    Do you understand that Microsoft has offered

7    several reasons why they do not infringe?

8         A.    Yes.

9         Q.    Do you agree with any of Microsoft's reasons?

10        A.    Not these three.

11        Q.    Okay.  Well, let's go through Microsoft's --

12   the three -- the three arguments that Microsoft told the

13   jury in opening.

14              What was the first reason they gave?

15        A.    As I understand it, Microsoft's attorney said

16   that Microsoft -- they say that Word doesn't use

17   metacodes.  And the principal purpose -- focus of that

18   is that in storing the metacodes, they just store member

19   ID, and they don't, within that map of metacodes, put

20   the delimiters.

21        Q.    Do you remember Microsoft showing the

22   metacode map from the patent specification during

23   opening?

24        A.    Yes.  This is the example.  It's -- the term

25   in patent-ese is the preferred embodiment that they

1    placed in the patent.  It's one of the pictures that's

2    in one of the columns of the patent.

3        Q.    So what is the significance of providing this

4    example in the specification?

5        A.    Well, it's a requirement for a patent that

6    you provide at least one example, and, in fact, the best

7    way you know at the time so that this ordinary skilled

8    person can come back in and reinvent or understand a way

9    to build your invention.

10       Q.    Okay.  And is your understanding of the law

11   that the proper way to do an infringement analysis is to

12   compare the accused product to the specification or to

13   the claims?

14       A.    It's the latter.

15            MR. POWERS:  Your Honor, I'll object.

16   Mr. -- Dr. Rhyne is not an expert on the law, and he's

17   not here to teach us about the law.

18            THE COURT:  All right.  Restate your

19   question.

20       Q.    (By Mr. Campbell) Dr. Rhyne, let me rephrase.

21   Is your understanding of the law -- in providing your

22   opinion and your analysis, did you -- do you understand

23   that you are to apply the claims to the accused product

24   or the patent specification?

25       A.    My understanding is that it's inappropriate

1    to consider the preferred embodiment as if it were a

2    claim.  The claim language is what controls the way I

3    search for infringement or lack of infringement.

4             And the fact that this particular preferred

5    embodiment shows one way of doing it does not, in my --

6    to my understanding, mean that that's the only way to do

7    it within the scope of a claim.

8        Q.    Okay.  And what -- what was -- just remind

9    us.  What the Court's construction of a metacode?

10       A.    It's there at the bottom of the slide.  It

11   says it's an individual instruction which controls the

12   interpretation of the content of the data.

13       Q.    Well, what -- what here -- in the example

14   from the specification, what is the metacodes?

15       A.    Well, you can see that it refers to this as a

16   metacode map, and it doesn't identify this column of

17   information as if it were metacodes.  It refers to them

18   as elements, okay?

19            And when you look at that, the brackets on

20   either end of the word chapter, they don't tell you

21   anything about whether it's a chapter or a title.  You

22   see exactly the same type of delimiters, beginning and

23   end marks, for every one of these entries that are

24   identified as elements.

25            So I believe that the Court's construction

1   has resolved any ambiguity here.  The Court's

2   construction says the metacodes are chapter, title,

3   P-A-R-A.  That's them.

4       Q.    All right.  Does the patent specification

5   provide any more explanation or discussion of these

6   delimiters?

7       A.    It does.  It says, by conversion -- by --

8   excuse me -- by convention, SGML uses the left V and the

9   right V or angle bracket characters as delimiters for

10  tags, which are outside the content.

11          For example, in a stream of characters like

12  this, the major, and then they have the left facing V,

13  and they came up with this -- I find it to be kind of a

14  nonsense term -- K word, another bracket, industry,

15  bracket, slash, K word, which says that's the end of the

16  K word.

17          The major K word, industry K word in Canada

18  is, and then they're through with the quote.  They say

19  the bracket, K word, bracket, and bracket, slash, K

20  word, bracket, are used to mark the beginning and end of

21  a section of content, which is to be treated as a

22  K word.

23          The meaning of K word, whatever that is, is

24  up to the interpreter.  That's telling you that the K

25  word is the metacode, because that's what controls the

1   interpretation of the content of the data, as the Court

2   has said.

3        Q.   Well, can you kind of break that down for us,

4   how the tags and the delimiters work?

5        A.   Well, here's the terminology as set forth in

6   the patent.  There is -- and I'll use the member ID

7   example again.

8             The left and right brackets and the left

9   bracket and the slash are delimiters, whereas the member

10  ID, which appears twice, is the tag name, and that's the

11  metacode.  The delimiters are not.

12       Q.   The '449 patent specification also referenced

13  the SGML standard.  Does -- is that right?

14       A.   It does.  It identifies it by name and

15  number.

16       Q.   Okay.  Does the SGML standard provide you any

17  guidance on this issue?

18       A.   It did.  This is International Standard --

19  ISO, that stands for the International Standards

20  Organization, a group that I have worked with, not in

21  the SGML area, but I've been on a number of ISO

22  committees.  It's Patent No. 8879 -- excuse me --

23  Standard No. 8879.

24            And here's what they say in that standard.

25  They say the user locates each significant element of

1  the document and marks it with a pneumonic name -- they

2  refer to that as a generic identifier -- that he feels

3  best characterizes it.

4          Then they say, Each generic identifier is

5  delimited by a less-than symbol.  A greater-than symbol

6  separates -- they say GI, but that's an acronym for

7  generic identifier -- separates the generic identifier

8  from any text that follows it.  The combination of the

9  generic identifier and its delimiters is called a start

10 tag or an end tag.

11         I think, according to this, they make it

12 clear that the thing that identifies what we're dealing

13 with, what -- the thing that best characterizes this

14 number, for example, 23987, as a member ID is the

15 generic identifier, which is between the two V's.

16   Q.    So the terms of this standard is the

17 generic identifier of the metacode?

18   A.    Yes.

19         MR. CAMPBELL:  For the record, that's

20 PX131.

21   Q.    (By Mr. Campbell) So, Dr. Rhyne, do you agree

22 that Word does not use metacodes because it does not

23 store the delimiters?

24   A.    No.

25   Q.    What is Microsoft's next argument?

1     A.     They say that Word does not map to places in

2  the input content stream.

3     Q.     Let's go back to your slide that describes

4  how the compiling process is done.

5          Is there a difference between the input

6  content stream and the map content stream in the Court's

7  construction?

8     A.     Yes.  And let me remind the jury that the

9  list on the left is the construction or meaning assigned

10  to this portion of Claim 14 by the Court.

11          And the Court said that the first step would

12  be finding the positions of the metacodes in and

13  relative to an input content stream.

14          But then later it says you form unique

15  identifiers, which define the positions of the metacode

16  relative to the mapped content stream.

17          So there are two streams here.

18     Q.     And does Microsoft Word provide a map to the

19  places in the mapped content stream?

20     A.     Sure.  That 2 and that 9.  I explained to you

21  exactly how incorporating the anchor characters and the

22  paragraph symbol, they give you the 2 and the 9.

23          They tell you where to start looking, and

24  they find the anchor character that precedes the 23897,

25  and then they move over, and they give you the anchor

1  character that comes at the end of that particular

2  mapped member ID.

3      Q.    Do you have another illustration of the

4  difference between the input content stream and the

5  mapped content stream?

6      A.    I do.  The input content stream was this

7  letter that was in so-called raw content.  It has both

8  the content and the metacode.

9          And if you were to, for example, use that

10 stream to identify the position, you'd have to come over

11 here and count off -- you'd have a V, L-E-T-T-E-R,

12 another V, another V, M-E-M-B-E-R, I-D.  So you would

13 have an account that included the metacodes.

14         But given the way that Microsoft Word works,

15 by the time you come over and count a 2 and a 9 over

16 here, in that sense, you have stripped out the metacodes

17 which were in the input content stream.

18         And so what you're pointing to with the 2 and

19 the 9 and the 10 and the 27 and so forth is the mapped

20 content, which is the CP stream over here.

21     Q.    So the claims require mapping to the input

22 content stream?

23     A.    No.  They require mapping to the mapped

24 content stream, which is the CP stream.

25     Q.    What's Microsoft's final argument why they do

1  not infringe?

2      A.   If I understand it properly, is that Word

3  doesn't use a data structure, which I think their

4  position is that there needs to be something that one

5  would identify as a single data structure, as opposed to

6  a collection of data structures.

7      Q.   Where is the requirement for the map to be a

8  data structure?

9      A.   The term came in as part of the Court's claim

10  construction.  The Court said that a map of metacodes

11  means a data structure that contains a plurality of

12  metacodes and their addresses of use corresponding to a

13  mapped content.

14      Q.   Can you explain to us, Dr. Rhyne, what is a

15  data structure?

16      A.   Well, you know, I could give you my

17  interpretation, but I've gone to a very meaningful

18  source, which is the same IEEE, and this is the 1992

19  edition came out just before the filing of the '449

20  application.

21          And it's entitled, The New IEEE Standard

22  Dictionary of Electrical and Electronics Terms.  And

23  this is the definition that that dictionary provides for

24  the firm data structure, which is present in the Court's

25  construction.

1        Q.     Is this the IEEE dictionary?

2        A.     Yes.  It's also known as IEEE Standard

3   No. 100-1992.

4        Q.     Okay.  And how does it define data structure?

5        A.     It says that a data structure -- and you can

6   see the two parenthesis here.  Every definition in this

7   dictionary -- and I'm very familiar with this dictionary

8   from my years of work within the IEEE -- they give you

9   what's called a domain of applicability.

10           And this data structure definition is of

11   relevance in the field of data management and software,

12   which certainly is relevant to what we're talking about

13   here.

14           And they say a physical or logical

15   relationship among data elements designed to support

16   specific data manipulation functions.

17        Q.     So you mentioned that you're very familiar

18   with this dictionary.  How do -- how do definitions get

19   into this dictionary?

20        A.     They are pulled from a variety of national

21   and international standards, and standards such as those

22   are developed by groups of individuals who have specific

23   sets of expertise, such as myself in areas that I've

24   worked in.

25           There are, I think, at least two definitions

1  in there that I personally wrote as a member of a larger

2  group.

3           A typical group size would be 25 to 50 people

4  from a variety of companies and universities.  And those

5  people get together periodically and hash out what that

6  standard is going to cover and exactly how they're going

7  to define terms like this.

8           This particular definition comes from an IEEE

9  standard -- I believe it's No. 610.12, which is a

10  glossary of software engineering terms.

11           And if you go to the standard, which I have,

12  and look it up, it says, this standard is intended to

13  provide meanings for terms that are commonly used in the

14  fields of data management and software.

15           And so this doesn't represent one person's

16  opinion, you know.  It's not Mr. Webster or Mr. Funk or

17  even Mr. Wagnall.  This is a collection -- in this case,

18  there were about 30 to 35 people from a variety of U.S.

19  companies who got together.

20           They propose a draft.  That draft goes out in

21  the public, and they do what's called balloting.

22  Anybody who wants to can say, I like that, or I don't

23  like that, and eventually out will come something that

24  both the original body, the group agreed to.  And in

25  this case, since it's an IEEE standard, the IEEE members

1    had an opportunity to vote on it.

2              So it's really a compendium of a lot of

3    ideas.  It's -- and I think this is an appropriate

4    definition, certainly, in the fields of data management

5    and software.

6        Q.    Based on the IEEE definition, is the metacode

7    map within Word a data structure?

8        A.    It is.  It's a data structure made up of

9    other data structures, which are linked together as data

10   elements using both physical and logical relationships,

11   okay?

12             And if I can get out of the chair again, I'll

13   make it -- I'll point out where those are.

14             MR. CAMPBELL:  Your Honor, may Dr. Rhyne

15   approach the poster board again?

16             THE COURT:  Yes, he may.

17             THE WITNESS:  Thank you, sir.

18       A.    If you recall, I identified this starting

19   point as a pointer.  Within -- using Dr. Martin's little

20   magnifying glass, within what's actually at this

21   location in this structure, there's a pointer.  And that

22   pointer is a physical location.

23             I told you it's like my street address.  I

24   can give it to you exactly, 8407 Horse Mountain Cove.

25   There's no uncertainty there.  It says exactly where it

1   is.

2          And in terms of memory, every location in

3   memory will have an address, and this is a physical

4   link.

5          Now, we got over here to where there was an

6   index that said go down and find Schema No. 0 and find

7   the fourth element in it.  That's a logical

8   relationship.  It doesn't tell you exactly.

9          But that's more like when somebody says, hey,

10  I am the third house on the left, if you can get to

11  Horse Mountain Cove, okay?  That doesn't give you a

12  precise physical location, but it gives you an

13  unambiguous logical location.

14         And so in terms of the IEEE definition, what

15  we have are data elements.  This guy, this guy, all

16  these things that are marked in green down here.

17         And some of them are linked with physical

18  location; some of them are linked by logical links; but,

19  collectively, they perform a specific data manipulation

20  function, which is to tell you that between 2 and 9,

21  there's these characters, 23987, that are a member ID.

22      Q.   Dr. Rhyne, did you hear during opening

23  Microsoft's analogy about the data structure and the

24  rooms from different houses?

25      A.   Yes, sir.

1    Q.    Is that an appropriate analogy for a data

2 structure?

3    A.    I don't think so.

4    Q.    What's a more appropriate analogy?

5    A.    Well, this is all one house.  This is the

6 Word 2007 particular house.  And it's common in a house

7 to walk down a hall, and you go down this hall to the

8 bedroom, and maybe you walk down another hall to get to

9 the laundry room.

10        I don't see anything here that implies that

11 I've taken a piece of data out of Microsoft Word and a

12 piece of data out of Microsoft Excel and a piece of data

13 out of one of the game programs that my son has worked

14 on and try to assemble them together into a data

15 structure.

16        Everything there is within Microsoft Word.

17 They're all in the same house.  And the fact that

18 they're linked by hallways and directions telling it

19 where to go next, that's just a -- that's a cute

20 analogy, but it's not appropriate from a technical

21 analogy.

22    Q.    More specifically, are all of these data

23 elements for supporting the data manipulation function

24 related to Custom XML?

25    A.    Yes.

1      Q.      So even more particularly, all of the rooms

2  in our house go to Custom XML.

3      A.      Yes.  I deparsed that.  I'm sorry.

4      Q.      That's okay.  It's getting late.

5              Now, Dr. Rhyne, do you also understand that

6  Microsoft offered a definition of data structure during

7  the claim construction process?

8      A.      I wasn't there, but I've read the transcript,

9  and I believe one of the Microsoft attorneys, if you

10  kind of clean up the transcript a little bit, offered

11  these two definitions.

12      Q.      What are those definitions?

13      A.      One was that a data structure were things

14  that are organized in such a way that they are related

15  to each other and addressed as a single entity or can be

16  addressed as a single entity.

17              And the second one was a collection of pieces

18  of data that are organized in a particular way.

19      Q.      Does what you have identified as a map of the

20  metacodes, does that satisfy Microsoft's definition of

21  data structure?

22      A.      Yes.

23      Q.      How is it a collection of pieces of data that

24  are organized in a particular way?

25      A.      Dr. Martin laid it out.  It's all that green

1  stuff, okay?  They've got pointers; they've got one

2  index; they are -- that structure is known.  It was

3  defined by the software developers at Microsoft, and

4  there it is.  It's traceable; it's understandable; it's

5  unambiguous.

6      Q.    Dr. Rhyne, let's -- let's assume somebody

7  would not agree that that map of metacodes is a data

8  structure.  What -- what is the next slide you're

9  presenting here?

10     A.    Well, I -- you know, part of your question

11 leaves open the -- an explanation as to why they decided

12 that it wasn't, okay?

13         And the only one I can imagine is that if

14 they said, no, it's not a data structure, but it's one,

15 two, three, four, five, six -- it's seven data

16 structures, even though they're connected and even

17 though they're organized to do a specific function.

18 Then there's an option available, in looking at

19 infringement, that's called the Doctrine of Equivalents.

20 And I think that covers the situation where you were to

21 argue -- and it's something I don't agree with, but if

22 it were to be found that that's not a data structure but

23 a bunch of separate data structures, then I think the

24 difference between looking at those data structures as

25 pieces of a higher-level data structure and looking at

1  them as seven properly interconnected data structures

2  from the point of view of one of ordinary skill is

3  insubstantial.

4      Q.    The Court will, of course, instruct the jury

5  on the law, but what is your understanding of the

6  Doctrine of Equivalents?

7      A.    It's exactly this:  That you can find

8  infringement if you've two things:  One method and

9  another method that's different from the claim, but that

10  difference would be believed to be insubstantial in the

11  mind of those of ordinary skill.

12      Q.    And as one of ordinary skill in the art, did

13  you find that the difference, if there is any, is

14  insubstantial?

15      A.    Yes.  I mean, anybody who's taken a course in

16  computer science, about the -- maybe the second course

17  you take, typically, is data structures.  And they talk

18  about something that are commonly called abstract data

19  structures or abstract data elements.

20          And the thing you learn in that process is

21  that you can build up something that's bigger by

22  collecting together, in an appropriate way, things that

23  are smaller.

24          I can make a list out of things that are head

25  to tail connected, and then I can make a list of lists,

1    and I can make a list of lists of lists, and that's just

2    common computer science ways of dealing with data.

3              So if the jury were to consider that that's

4    really not a high-level data structure made up

5    admittedly by smaller data structures, but you've got to

6    count all seven of them, I still think that's a single

7    data structure, because that's what a data structure is.

8    It's a structure that holds data in a way that you can

9    understand it.

10        Q.    In terms of Microsoft's last argument, do you

11   agree that Word does not use a data structure for the

12   metacode map?

13        A.    If I understand the nature of the argument, I

14   don't agree with it at all.

15        Q.    Dr. Rhyne, let's turn to Claim 18 of the '449

16   patent, the next asserted claim.

17        A.    All right.

18        Q.    Can you tell us in general the difference

19   between Claim 18 and Claim 14?

20        A.    I was here again when I heard Judge Davis

21   read you some information in general about patent

22   claims, and he distinguished an independent claim from a

23   dependent claim.

24              And 18 is a dependent claim.  And it says, A

25   method, as claimed in Claim 14, further comprising.

1          So what it means is, to infringe Claim 18,

2    you have to do everything that's laid out in Claim 14,

3    and then you have to do one more thing.  In this case,

4    there's only one additional step.

5          And so I've already offered my opinion that

6    Claim 14 is infringed.  So then the question here is

7    whether or not this additional step in Claim 18 is

8    infringed.

9      Q.    Okay.  What is that additional step in

10   Claim 18?

11     A.    It says, Comparing the multiplicity of

12   metacodes in the map with a predetermined set of

13   criteria.

14     Q.    In terms of XML, what is the predetermined

15   set of criteria?

16     A.    It would be a schema, is the term that's

17   used.  It would be -- and that schema has the list of

18   allowable metacodes that you can use, and it also

19   generally would have attributes.

20          For example, it will say a date has to -- you

21   know, you can't have a date that's -- you can't have

22   April the 20 -- April the 63rd, you know.  You've got to

23   be in -- somewhere in 1 to 30, if you're going to have a

24   date in April.

25          And here's a presentation slide from a

1   Microsoft presentation entitled The Changing Face of

2   Office With XML.  And here was a list of customer -- as

3   they say here, custom-defined XML schema that the author

4   of this slide was aware of.

5            I actually heard something about HL7 earlier

6   today, I think.  It's a healthcare schema, and it's got

7   terms available in the healthcare industry.

8            There's another one called XBRL, which is

9   used in the finance community.  There's one in the

10  insurance community and the healthcare community, a

11  different one, HIPAA.  You know, if you -- you run into

12  that every time you go to the hospital, and you try to

13  figure out what documents they can give you and what

14  they can't.

15           And then there's one in the electronic

16  commerce area.

17           Now, that's -- those are defined across

18  entire industries.

19           On the other side, each company can define

20  its own industry.  It's a little hard to read.  That

21  first dark box says a company could define a schema for

22  its invoices or for its contracts or for its bills of

23  material.

24           And the last one just says dot, dot, dot, dot

25  dot, meaning others.

1        MR. CAMPBELL:  For the record, that's

2   PX84.

3     Q.    (By Mr. Campbell) Can you explain to us how

4   Microsoft Word compares a document to a schema?

5     A.    Well, as it reads through the document and it

6   finds each of the metacodes, it looks at -- to see

7   whether or not that metacode is present in the attached

8   schema, in the schema that works with that document.

9   And as you can see, it creates what's called a

10  validation document by visiting each entry in the

11  metacode map, and it adds the mapped content to that

12  using the metacode map as a guide.

13        Then it validates by comparing the validation

14  document to the criteria set out in the schema.

15        As I say, if the schema has a type called

16  date, and it finds that within the content area that was

17  the date, it says April the 46th, 1995, that there is a

18  schema entry that says this has got to be a valid date.

19  It can't have April beyond, what, 30, I guess.  And it

20  will report a list of any errors found.

21        That's what Microsoft Word does, and it's --

22  happens incrementally as it works its way through the

23  document as it's first loaded.

24        And further, if you have got the document in

25  there and you're editing it and you, say, modify the

1  content in such a way that you've accidentally changed

2  April the 15th to April the 51st, then there's an

3  incremental comparison to the schema, and it would say

4  that's not a legal date.

5      Q.    Did you identify any Microsoft documents that

6  supports your opinion that Word compares metacodes to

7  the set of a criteria?

8      A.    I have.  Here's a document entitled Microsoft

9  Office System and XML:  Bringing XML to the Desktop.

10 It says, Word 2003 is capable of understanding the

11 strict requirements of a schema document and will launch

12 validation errors when appropriate.

13          For example, if an element specifies that its

14 contents should be numeric, a validation error will

15 result from entering text.  It just won't let you type

16 an A into a piece of content that's been marked as being

17 numeric only.

18              MR. CAMPBELL:  And that's PX57.

19     Q.    (By Mr. Campbell) And did you identify

20 another document -- Microsoft document that supports

21 your opinion?

22     A.    Yes.  This is entitled About XML Documents in

23 Word.  It says, If the structure of the document

24 violates the rules of the schema, a purple wavy line

25 marks the spot in the document, and the XML structure

1   task pane reports the violation.

2          If you have used Word ever, you see sometimes

3   they'll mark spelling errors or grammar errors with

4   little wavy lines underneath the characters where the

5   spelling is wrong, or this says that if you've got an

6   XML document, they can put a purple line that says

7   that's just not a legal content for that particular

8   piece of the structured document.

9          MR. CAMPBELL:  The record, that's PX390.

10     Q.    (By Mr. Campbell) So, Dr. Rhyne, in your

11  opinion, does Word satisfy the requirements of Claim 18?

12     A.    It does.

13     Q.    Let's turn to Claim 20 of the '499 patent,

14  the final asserted claim.  What kind of claim is this?

15         THE COURT:  Counsel, before you go into

16  that one, let me just ask you how much longer you

17  anticipate for direct examination.

18         MR. CAMPBELL:  For the entire direct,

19  probably 30 to 40 minutes.  Claim 20 probably wouldn't

20  take very long.

21         THE COURT:  Okay.  Well, do you think can

22  get through it in 10 minutes or --

23         MR. CAMPBELL:  Yes, Your Honor.

24         THE COURT:  All right.  Let's go ahead

25  and we'll go through that, and then we'll break for the

1    day.

2              MR. CAMPBELL:  Very good.

3        Q.    (By Mr. Campbell) Dr. Rhyne, what type of

4    claim is Claim 20?

5        A.    Let me just say you've put me in the position

6    of the last speaker before the break to go to the

7    courtesy bar, but -- okay.

8              It's an independent claim.  It has a

9    preamble, and then it has a number of steps.  It is a

10   step claim.  And fortunately, from a timing point of

11   view, it's very similar to Claim 14 in the scope that it

12   has.

13       Q.    Okay.  Let's -- let's start with the preamble

14   of Claim 20.

15             As you've noted, it's similar to Claim 14?

16       A.    Yes.  Claim 20 has a method for producing

17   from a document made up of metacodes and content --

18   that's a merged document -- a map of metacodes,

19   addresses of use, and map content.

20             And that's very similar to what you see in

21   Claim 14 as its preamble.

22       Q.    Let's just remind the jury, did you find that

23   Microsoft Word produces a map of metacodes?

24       A.    Yes.

25       Q.    What are we -- what are you showing here?

1      A.     I've shown them the same map that I have

2  here, and it includes the addresses of use; for example,

3  the 2 and the 9.

4      Q.     Okay.  And so, Dr. Rhyne, did you find that

5  the use of Microsoft Word satisfies the preamble of

6  Claim 20?

7      A.     Yes.

8      Q.     What are the next steps of Claim 20?  And

9  maybe we can address the next four steps as a group.

10     A.     Yes, we can, because they're very similar to

11 something we looked at in Claim 14.

12            You have to read the content of the document

13 until you find a metacode.  You have to copy the content

14 and store it in the mapped content storage.  You move it

15 over to the mapped content.

16            You note in the map the found metacode and

17 its position in the content, and then you repeat that

18 until you've been through the whole document.

19     Q.     And let's -- let's look at that.  Why are you

20 referring back to Claim 14 here?

21     A.     Well, we had a step in Claim 14 that first

22 said, Providing the mapped content to the mapped content

23 storage means.  That's very similar to part of Step B of

24 Claim 20.

25            And then it -- in Claim 14, we had compiling

1  a map of the metacodes in the distinct storage means by

2  locating, detecting, and addressing the metacodes.

3          So we've got some very similar language about

4  looking for them, reading until you find one, copying

5  them, noting, and then repeating the process.

6      Q.    Well, let's go back then to your explanation

7  of how an XML document with Custom XML is opened in

8  Word.

9      A.    Okay.

10     Q.    How does -- how does this explanation that

11 you went through earlier map to the claim -- the claim

12 requirements of Claim 20?

13     A.    Okay.  You know, I previously mapped this to

14 the steps of Claim 14, so I'm going to do the same thing

15 now for Claim 20.

16          And here you can see reading matches

17 detecting the start tag, okay, until you find a

18 metacode, all right?

19          Then if you continue, copying the content,

20 putting it in the map content storage means copies and

21 stores -- I'm sorry -- copies and stores the content in

22 the CP stream, which is the mapped content stream.

23          Okay.  Noting in the map the found metacode

24 and its position.  That's what we did in the map of

25 metacodes.  The 2, the 9, and following the green around

1   to member ID.

2         And then last, repeat the process until

3   you've been through the entire document.

4         Q.    So, Dr. Rhyne, in your opinion, when Word

5   opens an XML document with Custom XML, does it satisfy

6   Steps A, B, C, and D of Claim 20?

7         A.    Yes.

8         Q.    All right.  Let's look at the last step of

9   Claim 20.  And how is this similar, or more

10  specifically, how is it different from Claim 14?

11        A.    If you remember, when we looked at the last

12  step of Claim 14, the Judge gave us a construction that

13  it could be -- in Claim 14, you could provide the

14  document either with -- separately, or you could provide

15  it with the metacode map and the mapped content

16  together.

17        And Claim 20 requires that you do it

18  separately.

19        Q.    And can you remind us, does Microsoft Word

20  provide the document as the content of the document

21  separately from the metacode map of the document?

22        A.    Well, in memory, that's certainly true,

23  because we've got the separate map of metacodes, and

24  we -- trace this way over here, and we've got the mapped

25  content here.

1          So from -- in a memory point of view, that's

2    true.

3      Q.    Okay.  From a saving-to-disk point of view,

4    does -- do we have that as well?

5      A.    Right.  I already pointed out that binary

6    file formats that Microsoft uses with Microsoft Word,

7    which are the dot doc formats and the template format

8    template format, dot, D-O-T, those both keep the map of

9    metacodes and the mapped content separate.

10              THE COURT:  All right, Counsel.  If you

11   can wrap it up in one or two more questions, then we're

12   going to recess for the day.

13              MR. CAMPBELL:  I can, Your Honor.

14     Q.    (By Mr. Campbell) So, Dr. Rhyne, in your

15   opinion, does -- when Microsoft Word is used to open an

16   XML document with Custom XML, does it satisfy the last

17   step of Claim 20?

18     A.    Yes, it does.

19     Q.    And so just to wrap up with my last question,

20   in your opinion, does -- when Microsoft Word is used to

21   open an XML document with Custom XML, does that satisfy

22   all the steps of Claim 20?

23     A.    Yes, it does.

24              THE COURT:  All right.  Thank you.

25              MR. CAMPBELL:  Thank you.

 1                    THE COURT:  All right, Ladies and

 2   Gentlemen of the Jury.  We've put in a long, hard day.

 3   I want to thank you, and I know the attorneys on both

 4   sides thank you for your attention.  I know you've been

 5   paying close attention today.

 6                    We're going to be recessed.  We'll start

 7   back at 9:00 o'clock in the morning.  Please remember my

 8   instructions not to discuss the case with anyone or do

 9   any independent investigation or anything.

10                    So you are relieved for the afternoon,

11   and we will see you back in the morning at 9:00 o'clock.

12                    COURT SECURITY OFFICER:  All rise.

13                    (Jury out.)

14                    THE COURT:  Please be seated.

15                    All right.  I wanted to just advise the

16   parties that I had just received a note, one reason I

17   was rushing Mr. Campbell a little bit, Juror No. 8 was

18   not feeling well.  So let him get on and get home and

19   see how he's feeling in the morning.

20                    The parties wanted to be advised of their

21   time.  The Plaintiff has used 6 hours and 15 minutes,

22   and the Defendant has used 1 hour and 55 minutes.

23                    Let me ask Plaintiff what you anticipate,

24   as far as tomorrow and whether you'll be resting

25   tomorrow or not.

1          MR. CAWLEY:  My best estimation, Your

2   Honor, is that if we were able to rest tomorrow, it

3   would be at the very end of the trial day.

4          THE COURT:  Okay.  All right.  Very well.

5   So you do not anticipate that Microsoft would need to go

6   forward with their case tomorrow.

7          MR. CAWLEY:  I think it's -- I mean,

8   obviously --

9          THE COURT:  Highly unlikely.

10          MR. CAWLEY:  -- I don't know how long

11   they're going to cross-examine Dr. Rhyne and so forth,

12   but I think it's quite unlikely.

13          THE COURT:  Okay.  Can you be prepared,

14   if it's necessary, to have people here?

15          MR. POWERS:  Yes, we can.

16          THE COURT:  Okay.  I don't think it will

17   be, and if we're anywhere close to the day -- end of the

18   day, we'll probably go ahead and call it a day, but just

19   in case.

20          MR. POWERS:  If I can ask, Counsel's been

21   saying they're calling Mr. Vulpe, but he's not been

22   identified to us yet as a witness.  We assumed he was

23   going to be identified on Friday.

24          If they're saying that there's additional

25   witnesses, that they might actually close tomorrow, I'd

 1  like to know who those witnesses are up until close, so

 2  we can prepare for them.

 3                    THE COURT:  All right.

 4                    MR. CAWLEY:  Well, I'll certainly tell

 5  you that.  And they are Dr. Rhyne, obviously,

 6  Dr. Martin, Mr. Wagner, Dr. Wecker, and Mr. Vulpe.

 7                    MR. POWERS:  Thank you.

 8                    THE COURT:  Okay.  Very well.

 9                    All right.  And then as far as

10  Defendant's case, if we don't start tomorrow afternoon,

11  which doesn't look likely, then we'll start on Friday

12  morning.

13                    All right.  Anything further from the

14  parties before we recess for the evening?

15                    All right.  Y'all have a good evening.

16  We'll see you tomorrow.

17                    COURT SECURITY OFFICER:  All rise.

18                    (Court adjourned.)

19                    *      *      *      *      *

20

21

22

23

24

25

1

2                        <u>CERTIFICATION</u>

3

4            I HEREBY CERTIFY that the foregoing is a

5   true and correct transcript from the stenographic notes

6   of the proceedings in the above-entitled matter to the

7   best of my ability.

8

9

10

11  /s/_____                _____
    SUSAN SIMMONS, CSR                        Date
12  Official Court Reporter
    State of Texas No.:  267
13  Expiration Date:  12/31/10

14

15

16  /s/_____                    _____
    JUDITH WERLINGER, CSR                     Date
17  Deputy Official Court Reporter
    State of Texas No.:  731
18  Expiration Date  12/31/10

19

20

21

22

23

24

25