IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **i4i LIMITED PARTNERSHIP and INFRASTRUCTURES FOR INFORMATION, INC.,** | § § § § | |
| Plaintiffs | § § | CASE NO.  6:07CV113 PATENT CASE |
| vs. | § § | |
| **MICROSOFT CORPORATION,** | § § | |
| Defendant | § | |

**PERMANENT INJUNCTION**

In accordance with the Court's contemporaneously issued memorandum opinion and order in this case, Microsoft Corporation is hereby permanently enjoined from performing the following actions with Microsoft Word 2003, Microsoft Word 2007, and Microsoft Word products not more than colorably different from Microsoft Word 2003 or Microsoft Word 2007 (collectively "Infringing and Future Word Products") during the term of U.S. Patent No. 5,787,449:

  1. selling, offering to sell, and/or importing in or into the United States any Infringing and Future Word Products that have the capability of opening a .XML, .DOCX, or .DOCM file ("an XML file") containing custom XML;

  2. using any Infringing and Future Word Products to open an XML file containing custom XML;

  3. instructing or encouraging anyone to use any Infringing and Future Word Products to open an XML file containing custom XML;

  4. providing support or assistance to anyone that describes how to use any

infringing and Future Word Products to open an XML file containing custom XML; and

      5. testing, demonstrating, or marketing the ability of the Infringing and Future Word Products to open an XML file containing custom XML.

This injunction does not apply to any of the above actions wherein the Infringing and Future Word Products open an XML file as plain text.

This injunction also does not apply to any of the above actions wherein any of the Infringing and Future Word Products, upon opening an XML file, applies a custom tranform that removes all custom XML elements.

This injunction further does not apply to Microsoft providing support or assistance to anyone that describes how to use any of the infringing products to open an XML file containing custom XML if that product was licensed or sold before the date this injunction takes effect.

This injunction becomes effective 60 days from the date of this order.

      **So ORDERED and SIGNED this 11th day of August, 2009.**

      _____
      **LEONARD DAVIS**
      **UNITED STATES DISTRICT JUDGE**