IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **i4i LIMITED PARTNERSHIP and INFRASTRUCTURES FOR INFORMATION, INC.,** | § § § § | |
| Plaintiffs | § § | **CASE NO.  6:07CV113** **PATENT CASE** |
| vs. | § § | |
| **MICROSOFT CORPORATION,** | § § | |
| Defendant | § | |

**FINAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, consistent with the Court's contemporaneous Memorandum Opinion and Order, and in consideration of the jury verdict delivered on May 20, 2009 and the entirety of the record available to this Court, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

- Defendant Microsoft Corporation ("Microsoft") is found to have unlawfully infringed U.S. Patent No. 5,787,449 (the "'449 patent").

- Defendant Microsoft is found to have infringed the '449 patent willfully.

- The '449 Patent is valid and enforceable, and Michel Vulpe is found not to have engaged in inequitable conduct with respect to the '449 patent.

- i4i, LP's and Infrastructures for Information, Inc.'s (collectively "i4i") damage award is found not barred by laches.

- The Court awards damages to i4i for Microsoft's infringement of the '449 patent in the amount of $200,000,000.

- i4i is further awarded enhanced damages of $40,000,000 for Microsoft's willful infringement.

- i4i is further awarded post-verdict damages of $144,060 per day from May 21, 2009 until the date of this Final Judgment.

- i4i is further awarded pre-judgment interest of $37,097,032 up to May 20, 2009 and $21,102 per day thereafter until the date of this Final Judgment.

- i4i is entitled to post-judgment interest as provided for by 28 U.S.C. § 1961 for any time period between the entry of this Final Judgment and the date upon which i4i receives payment from Microsoft as ordered herein.

- Microsoft is enjoined from infringing the '449 Patent. The terms of that injunction are contained in a separate Order of this Court.

- Except for the Court's more detailed injunction terms as contained in a separate Order, all relief not specifically granted herein is **DENIED**.

- All pending motions not previously resolved are **DENIED.**

**So ORDERED and SIGNED this 11th day of August, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**