IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **i4i LIMITED PARTNERSHIP and INFRASTRUCTURES FOR INFORMATION INC.,** | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:07-CV-113 LED |
| v. | § § | |
| **MICROSOFT CORPORATION,** | § § | |
| Defendant. | § § | |

**MICROSOFT'S NOTICE OF APPEAL**

Defendant Microsoft Corporation hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered by the district court in this case on August 11, 2009, Dkt. No. 414, attached hereto as Exhibit A, including all other orders decided adversely to Microsoft, in whole or in part.

The parties to the orders appealed from and the names and addresses of their respective attorneys are as follows:

**Plaintiffs i4i Limited Partnership and Infrastructures for Information, Inc.:**

Sam F. Baxter
sbaxter@mckoolsmith.com
MCKOOL SMITH P.C.
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9095

Mike McKool, Jr.
mmckool@mckoolsmith.com
Douglas A. Cawley
dcawley@mckoolsmith.com
Jeffrey A. Carter

jcarter@mckoolsmith.com
Jill F. Lynch
jlynch@mckoolsmith.com
Thomas G. Fasone III
tfasone@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

T. Gordon White
gwhite@mckoolsmith.com
John B. Campbell
jcampbell@mckoolsmith.com
Gretchen K. Harting
gharting@mckoolsmith.com
MCKOOL SMITH P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker
rmparker@pbatyler.com
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

T. John Ward, Jr.
JW@JWFirm.com
WARD & SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Telecopier: (903) 757-2323

**Defendant Microsoft Corporation:**

Matthew D. Powers *(Lead Attorney)*
matthew.powers@weil.com
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood City, CA 94065
602-802-3200
Fax: 605-802-3100

Kevin S. Kudlac
kevin.kudlac@weil.com
Amber Hatfield Rovner
amber.rovner@weil.com
Todd S. Patterson
todd.patterson@weil.com
WEIL GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Building One, Suite 1350
Austin , TX 78759
512-349-1930
Fax: 512-527-0798

David J. Lender
David.Lender@weil.com
Paul E. Torchia
paul.torchia@weil.com
Steven Kalogeras
steven.kalogeras@weil.com
Ariane Newell
ariane.newell@weil.com
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
212-310-8153
Fax: 212-310-8007

Eric H. Findlay
efindlay@findlaycraft.com
FINDLAY CRAFT
6760 Old Jacksonville Hwy, Suite 101
Tyler , TX 75703
903-534-1100
Fax: 903-534-1137

T. Andrew Culbert
andycu@microsoft.com
Isabella Fu
Isabella.fu@microsoft.com
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399
425-822-8080
Fax: 425-936-7329

| | |
|---|---|
| DATED: August 18, 2009 | Respectfully submitted,<br><br>*/s/ Kevin Kudlac*_____<br>Matthew D. Powers (Lead Attorney)<br>CA State Bar No. 104795<br>matthew.powers@weil.com<br>**WEIL GOTSHAL & MANGES LLP**<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Phone: 602-802-3000<br>Fax: 602-802-3100<br><br>Kevin Kudlac<br>State Bar No. 00790089<br>kevin.kudlac@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>8911 Capital of Texas Highway, Suite 1350<br>Austin, TX 78759<br>Telephone: 512-349-1930<br>Fax: 512-527-0798<br><br>David Lender<br>*admitted pro hac vice*<br>david.lender@weil.com<br>Paul Torchia<br>*admitted pro hac vice*<br>paul.torchia@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 5th Avenue<br>New York, NY 10153<br>Telephone: 212-310-8000<br>Fax: 212-310-8007<br><br>Eric Findlay<br>State Bar No. 00789886<br>efindlay@findlaycraft.com<br>**FINDLAY CRAFT**<br>6760 Old Jacksonville Hwy Suite 101<br>Tyler, TX 75703<br>Telephone: 903-534-1100<br>Fax: 903-534-1137<br><br>**ATTORNEYS FOR DEFENDANT<br>MICROSOFT CORPORATION** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with the Local Rule CV-5(a). As such, the foregoing document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 18th day of August, 2009.

                                            /s/ *Debbie Skolaski*
                                            Debbie Skolaski