# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PRELIMINARY NOTICE OF DOCKETING



2009-1504, I4I V MICROSOFT

08/18/2009

(Date of Docketing)

Appeal from: U.S. District Court, Eastern District of Texas, Case No. 6:07-CV-113

Name of appellant(s): Microsoft Corporation

    A Rule 8 motion has been filed.

    Docket No. 2009-1504 has been assigned.

    The notice of docketing will be issued when copies of the notice of appeal and the docket entries are received from the clerk of the lower court and the appeal has been entered on the docket of this court.

    Attachments (with recipients noted) to this notice include:

- Official caption (All parties)
- Entry of appearance form (All parties)

                                              Jan Horbaly
                                              Clerk

cc: Clerk's Office, U.S. District Court, Eastern District of Texas
     Matthew D. Powers
     Mike McKool, Jr.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2009-1504

I4I LIMITED PARTNERSHIP and
INFRASTRUCTURES FOR INFORMATION INC.,

                                              Plaintiffs-Appellees,

v.

MICROSOFT CORPORATION,

                                              Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-113, Judge Leonard Davis.

Authorized Abbreviated Caption[2]

I4I v MICROSOFT, 2009-1504

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.